# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
**YVETTE KANE**
JUDGE

May 10, 2001

FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET
P.O. BOX 11817
HARRISBURG, PA 17108-1817

**FILED**
HARRISBURG, PA

MAY 11 2001

MARY E. D'ANDREA, CLERK
_____
Deputy Clerk

David Ira Rosenbaum, Esquire
Ruthrauff & Armbrust, PC
1601 Market Street, 16th Fl.
Philadelphia, PA 19103

Jonathan Haig Rudd, Esquire
McNees Wallace & Nurick
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166

Re: Northland Insurance v. Lincoln General Ins., et al. – Case No. 1:CV-01-763er

Dear Counsel:

The above-referenced action has been assigned to me in Courtroom 4 of the Middle District of Pennsylvania, Harrisburg. The following important preliminary information applies to all Courtroom 4 cases:

**STATUS REPORT**: If service of the initial pleading is not made within the time allowed by the Rules of Civil Procedure, counsel must submit a status report setting forth the reasons for the delay and the course of action being pursued.

**ANSWER**: The answer and responsive pleadings and motions must be filed as provided for in the Federal Rules of Civil Procedure. Extensions of time not pre-approved by the court are not permitted by the Rules, and will not be honored by the court.

**DISCOVERY**: **The Parties must actively comply with discovery obligations pending scheduling of the Case Management Conference** or ruling on motions to dismiss, and will be required to detail discovery efforts to date at this Case Management Conference.

**CASE MANAGEMENT CONFERENCE**: An Order scheduling a case management conference and informing the parties of their obligations in preparation of that conference will issue after joinder of this matter has been accomplished. This conference will establish important deadlines for the case, including the trial listing.

**CONTACTING THE COURT**: Jennifer Kennedy, Deputy Clerk of Court, is available to answer your questions or concerns regarding the progress of this case at 221-3926.

I look forward to working with all counsel toward the efficient resolution of this matter.

Sincerely,

Yvette Kane
United States District Judge