AO 441 (Rev. 5/85)  Third Party Summons in a Civil Action

**ORIGINAL**

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

PLAINTIFF
Northland Insurance Company

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Lincoln General Insurance Company

## THIRD PARTY SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:01-CV-763

(JUDGE KANE)

**FILED**
**HARRISBURG**

V. THIRD PARTY DEFENDANT
Woolever Brothers Transportation, Inc.

AUG 1 4 2001

To: (Name and Address of Third Party Defendant)
Woolever Brothers Transportation, Inc.
260 Jordan Avenue
Montoursville, PA 17754-2208

MARY E. D'ANDREA, CLERK
Per
                    DEPUTY CLERK

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David Ira Rosenbaum, Esq.
Ruthrauff & Armbrust, P.C.
1601 Market Street, 16th Floor
Philadelphia, PA 19103

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Jonathan H. Rudd, Esq.
McNees Wallace & Nurick LLC
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

MARY E. D'ANDREA
_____          aug 2, 2001
CLERK                               DATE

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF __Northland Insurance Company__ COURT CASE NUMBER ___1:01-CV-763___
DEFENDANT __Lincoln General Insurance Company__ TYPE OF PROCESS _____
SERVE __Woolever Brothers Transportation, Inc._____
          (Name individual, company; corporation, etc. to be served)

AT ___260 Jordan Avenue, Montoursville, PA 17754-2208_____
            (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

__X__ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: ___Harold Sinclair_____
TITLE (IF ANY) OF PERSON SERVED: __Vice President_____
ADDRESS WHERE SERVED: _260 Jordan Ave., Montoursville, PA 17754.___

DATE AND TIME OF PERSONAL SERVICE: __8/13/01   4:07 P.M.___
REMARKS: _____

_____8/13/01_____                    _____[signature]_____
        Date                           Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)