ORIGINAL

2 Ct

6
8/27/01

BENNETT, BRICKLIN & SALTZBURG LLP
BY: LOUIS E. BRICKLIN, ESQUIRE    ATTORNEY FOR THIRD PARTY DEFENDANT
ATTORNEY I.D. NO. 20281    WOOLEVER BROTHERS TRANSPORTATION
BY: BETH A. CARTER, ESQUIRE
ATTORNEY I.D. No. 85632
1601 MARKET STREET, 16TH FLOOR
PHILADELPHIA, PA 19103-2393
TELEPHONE: (215) 561-4300

---

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY : | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA |
| vs. : | |
| LINCOLN GENERAL INSURANCE COMPANY : | CIVIL ACTION NO. 1:01-cv-763 |
| vs. : | J. Kane |
| WOOLEVER BROTHERS TRANSPORTATION, INC. : | |

**ENTRY OF APPEARANCE**

FILED
HARRISBURG
AUG 2 4 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

TO THE CLERK OF COURT:

Kindly enter our appearances on behalf of third party defendant, Woolever Brothers Transportation, Inc., in the above-captioned matter.

                     BENNETT, BRICKLIN & SALTZBURG LLP

                     By: _____
                           LOUIS E. BRICKLIN

                     By: _____
                           BETH A. CARTER

Attorneys for Third Party Defendant,
Woolever Brothers Transportation, Inc.