BENNETT, BRICKLIN & SALTZBURG LLP
BY: LOUIS E. BRICKLIN, ESQUIRE             ATTORNEY FOR THIRD PARTY DEFENDANT
ATTORNEY I.D. NO. 20281                    WOOLEVER BROTHERS TRANSPORTATION
BY: BETH A. CARTER, ESQUIRE
ATTORNEY I.D. No. 85632
1601 MARKET STREET, 16TH FLOOR
PHILADELPHIA, PA 19103-2393
TELEPHONE: (215) 561-4300

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY : | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA |
| vs. : | |
| LINCOLN GENERAL INSURANCE COMPANY : | CIVIL ACTION NO. 1:01-cv-763 |
| vs. : | FILED HARRISBURG, PA |
| WOOLEVER BROTHERS TRANSPORTATION, INC. : | AUG 3 1 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

### ORDER

AND NOW this 30th day of August, 2001 hereby it is ORDERED and ADJUDGED that the Motion of Third Party Defendant, Woolever Brothers Transportation, Inc. for a Thirty Day (30) Extension of Time to Answer the Third Party Complaint is GRANTED. It is further ORDERED that Woolever Brothers Transportation, Inc.'s Answer to the Third Party Complaint is due on or before October 2, 2001.

BY THE COURT:

_____ J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 31, 2001

Re:  1:01-cv-00763   Northland Insurance v. Lincoln General Ins

True and correct copies of the attached were mailed by the clerk to the following:

    David Ira Rosenbaum, Esq.
    Klett Rooney Lieber and Schorling
    Two Logan Square 12th Floor
    Philadelphia, PA   19103-2756

    Jonathan Haig Rudd, Esq.
    McNees Wallace & Nurick
    P.O. Box 1166
    100 Pine St
    Harrisburg, PA   17078-1166        Fax No.: 717-237-5300

    Louis E. Bricklin, Esq.
    Bennett, Bricklin & Saltzburg
    1601 Market St.
    16th Floor
    Philadelphia, PA   19103-2316

    Beth A. Carter, Esq.
    Bennett, Bricklin & Saltzburg
    1601 Market Street
    16th Floor
    Philadelphia, PA   19103-2393

```
cc:
Judge                 (✓)        ( ) Pro Se Law Clerk
Magistrate Judge      ( )        ( ) INS
U.S. Marshal          ( )        ( ) Jury Clerk
Probation             ( )
U.S. Attorney         ( )
Atty. for Deft.       ( )
Defendant             ( )
Warden                ( )
Bureau of Prisons     ( )
Ct Reporter           ( )
Ctroom Deputy         ( )
Orig-Security         ( )
```

8-31-01