IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br>    Plaintiff | : CIVIL ACTION NO. 1:CV-01-763 |
| v. | : (Judge Kane) |
| LINCOLN GENERAL INSURANCE CO.,<br>et al.<br>    Defendants | : |
| LINCOLN GENERAL INSURANCE CO.,<br>    Third Party Plaintiff | : |
| v. | : |
| WOOLEVER BROTHERS<br>TRANSPORTATION, INC.,<br>    Third Party Defendant | : |

FILED
HARRISBURG, PA

OCT - 4 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## ORDER

**IT IS HEREBY ORDERED THAT:**

1. A scheduling conference will be conducted by the court on **December 7, 2001**, at **10:30 a.m.** The court prefers to hold this conference by telephone. Plaintiff's counsel shall initiate this telephone conference. The telephone number of the court is 717-221-3990.

2. This conference before this judge will be canceled if the parties elect to proceed before a United States Magistrate Judge. The Magistrate Judge will reschedule the conference upon notification of the case assignment.

3. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as effectively as possible. Participation in this conference by counsel or by pro se litigants is mandatory.

4. **Lead Counsel of record must participate in the conference without substitution unless permission for substitution is sought and granted prior to the conference. Requests shall be made at least two business days in advance of the date of the conference. The telephone number to call is (717) 221-3990.**

5. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court

for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the case management conference and complete a "Joint Case Management Plan" form. The completed form, which is set forth in Appendix A of the local rules, must be filed on or before **November 30, 2001**. Counsel should also be conversant with the district's "Expense and Delay Reduction Plan,"
adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

      6. Counsel shall note that this district has not opted-out of Federal Rule of Civil Procedure 26. The joint case management plan contemplates discovery prior to the Rule 26(f) meeting and is, therefore, deemed to be an exception to the limitation on discovery contained in the first sentence of Rule 26(d). Counsel shall not cease active discovery pending disposition of a motion to dismiss.

      7. At the case management conference the captioned action will be placed on one of the following tracks:

      a) **Fast Track** - Referring the case to a United States Magistrate Judge for recommendations.

      b) **Expedited Track** - Setting a trial date of not more than 240 days from the filing of the complaint.

      c) **Standard Track** - Setting a trial date of not more than 15 months from the filing of the complaint.

      d) **Complex Track** - Setting a trial date in excess of 15 months but less than 2 years from the filing of the complaint.

      8. The parties are advised that once the deadlines have been established extensions of those time period will not be granted, except under exceptional circumstances.

                                                               _____
                                                                YVETTE KANE, Judge
                                                                Middle District of Pennsylvania

Dated: _____10/3_____, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 4, 2001

Re:  1:01-cv-00763    Northland Insurance v. Lincoln General Ins

True and correct copies of the attached were mailed by the clerk to the following:

David Ira Rosenbaum, Esq.
Klett Rooney Lieber and Schorling
Two Logan Square 12th Floor
Philadelphia, PA  19103-2756

Ira S. Lipsius, Esq.
Schindel, Farman & Lipsius LLP
225 West 34th Street
New York, NY  10122

Jonathan Haig Rudd, Esq.
McNees Wallace & Nurick
P.O. Box 1166
100 Pine St
Harrisburg, PA  17078-1166    Fax No.: 717-237-5300

Louis E. Bricklin, Esq.
Bennett, Bricklin & Saltzburg
1601 Market St.
16th Floor
Philadelphia, PA  19103-2316

Beth A. Carter, Esq.
Bennett, Bricklin & Saltzburg
1601 Market Street
16th Floor
Philadelphia, PA  19103-2393

Andrew R. Spiegel, Esq.
3901A Main Street
2nd Floor
Philadelphia, PA  19127

```
cc:
Judge                          (✓)         ( ) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____    ( )
                                                MARY E. D'ANDREA, Clerk

DATE:  10-4-01                          BY: _____
                                             Deputy Clerk
```