UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

```
-------------------------------------
NORTHLAND INSURANCE COMPANY,          :
                                      :
                    Plaintiff,        :
                                      :
         v.                           : No. 1:01-CV-763
                                      :
LINCOLN GENERAL INSURANCE COMPANY,    :
J.H.M. ENTERPRISES, INC., VERNICE L.  :
STATTS, ROBERT E. KRAPF and UTE L.    :
HETLAND CLARK, as Administrators of the :
Estate of Karin Clifford and ROBERT E. KRAPF :
and PATRICIA R. CLIFFORD, as Administrators :
of the Estate of Robert R. Clifford, SHERRILL J. :
MULLIGAN, DENIS A. MULLIGAN,          :
                                      :
                    Defendants.       :
-------------------------------------
```



FILED
HARRISBURG

OCT 1 0 2001

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

### WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly withdraw my appearance on behalf of Plaintiff, Northland Insurance Company in the above-captioned matter.

David Ira Rosenbaum, Esquire
Ruthrauff & Armburst, P.C.
1601 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 567-3700

KRLSPHI:149177.1

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Plaintiff, Northland Insurance Company in the above-captioned matter.

                                                                                                    _____
                                                                                                  David Ira Rosenbaum, Esquire
                                                                                                  Klett Rooney Lieber & Schorling
                                                                                                  Two Logan Square, 12th Floor
                                                                                                  Philadelphia, PA 19103-2756
                                                                                                  (215) 567-7500

Dated:       October 9, 2001

KRLSPHI:149177.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

NORTHLAND INSURANCE COMPANY, :
:
Plaintiff, :
:
v. : No. 1:01-CV-763
:
LINCOLN GENERAL INSURANCE COMPANY, :
J.H.M. ENTERPRISES, INC., VERNICE L. :
STATTS, ROBERT E. KRAPF and UTE L. :
HETLAND CLARK, as Administrators of the :
Estate of Karin Clifford and ROBERT E. KRAPF :
and PATRICIA R. CLIFFORD, as Administrators :
of the Estate of Robert R. Clifford, SHERRILL J. :
MULLIGAN, DENIS A. MULLIGAN, :
:
Defendants. :

---

## CERTIFICATE OF SERVICE

I, David Ira Rosenbaum, certify that on October 9, 2001, a copy of an Amended Answer to Counter-Claim was served Via Federal Express upon:

Jonathan H. Rudd, Esquire
McNees, Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108

Charles M. Miller, Esquire
Rubright, Domalakes, Troy & Miller
P.O. Box 9
Law Building
Frackville, PA 17931

Joseph R. Musto, Esquire
10 W. Fourth Street
Williamsport, PA 17701-6206

Andrew R. Spiegel, Esquire
3901 - A Main Street
Second Floor
Philadelphia, PA 19127

_____
DAVID IRA ROSENBAUM, ESQUIRE

KRLSPHI:149177.1