# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I __IRA S. LIPSIUS__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: __82-02 Grenfell Street, Kew Gardens, N.Y. 11415__

Residence Telephone: __718-846-5717__

My office address is: __225 West 34 Street, NYC 10122__

Office Telephone: __212-563-1710__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__New York Court of Appeals (1980)__
__Federal District Courts Eastern (1980) and Southern__
__(1980) Districts of New York__

My attorney Identification number is: __IL 5704__.

FILED
HARRISBURG

OCT 19 2001

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

FOR COURT USE ONLY

___ GENERAL ADMISSION:

BEFORE JUDGE _____ Date: _____
U.S. DISTRICT JUDGE

_X_ SPECIAL ADMISSION:

GRANTED: __Yvette Kane__ Date: __10-19-01__
U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

*None*

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

I do ____, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: ____

*None*

I am seeking:

____ General Admission under Local Rule LR 83.8

✓ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 ✓

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: ____

*Pro hac vice: Member in good standing in all admitted jurisdictions; no disciplinary proceedings*

ALSO NAME THE PARTY YOU REPRESENT:

*Northland Insurance Company*

If special admission is requested for a particular case, please list case number and caption:

Case # *1:01-CV-00763*

Caption # *Northland Insurance Co. v. Lincoln General, et al.*

I understand that:

    1)    If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)    If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)    If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____IRA S. LIPSIUS_____
PETITIONER

_____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_____
(Social Security Number)

_____10-8-01_____
(Date)

NAME OF PETITIONER  Ira S. Lipsius

**SPONSOR'S CERTIFICATE:**

    I, David Ira Rosenbaum, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice March 10, 1997. I have known the above petitioner for sixteen months. To my knowledge, the petitioner's moral character is as follows:

I have worked with Mr. Lipsius on this case for the past sixteen months and found him to be responsible, honest and trustworthy.

To my knowledge, the petitioner's educational background and experience are as follows:

-Ira Lipsius is a named partner in the New York law firm of Schindel, Farman & Lipsius LLP. He is a 1979 graduate of New York University where he obtained a JD degree. Prior to law school, Mr. Lipsuis received a Bachelors degree in finance from New York University.

I sponsor and recommend Ira S. Lipsius for admission as a qualified attorney to practice before this court.

                                            David Ira Rosenbaum
                                            (Sponsor)

Office Address:   Klett Rooney Lieber & Schorling
                             Two Logan Square, 12th Floor
                             Philadelphia, PA  19103-2756

Telephone:        (215) 567-7507

Attorney I.D. No.  52859

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---

NORTHLAND INSURANCE COMPANY,          :
                                       :
                 Plaintiff,            :
                                       :
       v.                              : No. 1:01-CV-763
                                       :
LINCOLN GENERAL INSURANCE COMPANY,     :
J.H.M. ENTERPRISES, INC., VERNICE L.   :
STATTS, ROBERT E. KRAPF and UTE L.     :
HETLAND CLARK, as Administrators of the:
Estate of Karin Clifford and ROBERT E. KRAPF :
and PATRICIA R. CLIFFORD, as Administrators :
of the Estate of Robert R. Clifford, SHERRILL J. :
MULLIGAN, DENIS A. MULLIGAN,           :
                                       :
                 Defendants.           :

---

## CERTIFICATE OF SERVICE

I, David Ira Rosenbaum, certify that on October 11, 2001, a copy of the Petition for Admission Pro Hac Vice on behalf of Ira S. Lipsius, Esquire was served Via First Class Mail upon:

Jonathan H. Rudd, Esquire
McNees, Wallace & Nurick
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108

Joseph R. Musto, Esquire
10 W. Fourth Street
Williamsport, PA 17701-6206

Charles M. Miller, Esquire
Rubright, Domalakes, Troy & Miller
P.O. Box 9
Law Building
Frackville, PA 17931

Andrew R. Spiegel, Esquire
3901 - A Main Street
Second Floor
Philadelphia, PA 19127

_____
DAVID IRA ROSENBAUM, ESQUIRE

KRLSPHI:149218.1