cc: Spiegel, Registry & Roseanne

RECEIVED
HARRISBURG, PA
OCT 05 2001
MARY E. D'ANDREA, CLERK
Per _____

15
10/22/01
gp

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR : 1:CV-01-763
ADMISSION TO PRACTICE IN THIS COURT :
J. Kane

### PETITION

I _ANDREW SPIEGEL_, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: _136 LEMONTON WAY RADNOR PA 19087_

Residence Telephone: _610 828 6566_

My office address is: _3901-A MAIN ST., 2nd FL., PHILA., PA 19127_

Office Telephone: _215 483 9800_

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

_PA COURTS 11/89_     _PA SUPREME CT 1989_
_USDC-EDPA 2/2/90_     _NJ COURTS 1990_
_USDC-DNJ 12/2/91_

My attorney Identification number is: _55617_

FILED
HARRISBURG
OCT 19 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

### FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____  Date: _____
U.S. DISTRICT JUDGE

-------------------------------------------------

_X_ SPECIAL ADMISSION:

GRANTED: _Yvette Kane_     U.S. DISTRICT JUDGE    Date: _10-19-01_

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

___*NONE*___

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

*NONE*

I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: ___*NONE*___

I am seeking:

____ General Admission under Local Rule LR 83.8

____ Special Admission (specify by a check which rule) under Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: *ADMISSION FOR PARTICULAR CASE*

ALSO NAME THE PARTY YOU REPRESENT:

*WOOLEVER BROTHERS TRANSPORTATION, INC.*

If special admission is requested for a particular case, please list case number and caption:

Case # ___1:01-CV-763___

Caption # ___NORTHLAND INS. CO. VS. LINCOLN GENERAL INS. CO. VS. WOOLEUM BROTHERS TRANSPORTATN, IN___

- 2 -

I understand that:

    1)   If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)   If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)   If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

___198547057___
(Social Security Number)

___10/1/01___
(Date)

PROBLEMS.

TO THE ABOVE
CONDUCT:

I AGREE TO SUBSCRIBE
CODE OF PROFESSIONAL

_[signature]_

SIGNATURE