**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY : | |
| Plaintiff, : | |
| : | |
| v. : | No. 1:01-CV-763 |
| : | |
| LINCOLN GENERAL INSURANCE : | |
| COMPANY, et al. : | |
| Defendants : | |

**WITHDRAWAL OF APPEARANCE**

TO THE PROTHONOTARY:

Kindly withdraw my appearance on behalf of the defendant, Woolever Brothers Transportation, Inc. in the above-captioned matter.

_____
Beth A. Carter, Esquire
Bennett, Bricklin & Saltzburg
1601 Market Street, 16th Floor
Philadelphia, PA 19103
215-561-4300

_____
Louis Bricklin, Esquire
Bennett, Bricklin & Saltzburg
1601 Market Street, 16th Floor
Philadelphia, PA 19103
215-561-4300

FILED
OCT 26 2001
PER _____
HARRISBURG, PA.   DEPUTY CLERK