cc: ct/jr

(19)
12-10-01
sc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE:  **NORTHLAND INS. V. LINCOLN GENERAL**          1:CV-01-763

DATE:  December 7, 2001 @ 10:30 a.m.

Honorable Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: CASE MANAGEMENT CONFERENCE (TC)

Time Commenced: 10:35      Time Terminated: _____

**PLAINTIFF: APPEARANCES**          **DEFENDANT: APPEARANCES**

Lipius                                Rudd - Lincoln
                                      Spiegel  Wetover
                                             Bros

### REMARKS

S/Sel - 11/4/02 - Case mgmt order to issue.

FILED
HARRISBURG, PA

DEC - 7 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk