IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE
COMPANY,
        Plaintiff,

        v.

LINCOLN GENERAL INSURANCE
COMPANY, et al.,
        Defendants.

LINCOLN GENERAL
INSURANCE COMPANY,
        Third Party Plaintiff,

        v.

WOLLEVER BROTHERS
TRANSPORTATION INC.,
        Third Party Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
1:CV-01-0763

(Judge Kane)

FILED
HARRISBURG, PA

MAY 17 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER

AND NOW, this 17ᵗʰ day of May, 2002, pursuant to a telephone conference held with
counsel on May 15, 2002, **IT IS ORDERED THAT** Plaintiff shall have until May 22, 2002 to
file its anticipated motion to enforce settlement and supporting brief. Defendants' brief in
opposition is due no later than May 22, 2002, and any reply brief is due no later than June 5,
2002. Discovery shall be stated until June 17, 2002, or as directed by further order of the Court.

_____
Yvette Kane
United States District Judge