Law Clerk's Copy

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LINCOLN GENERAL INSURANCE COMPANY,:<br>J.H.M. ENTERPRISES, INC., VERNICE L.<br>STATTS, ROBERT E. KRAPF and UTE L.<br>HETLAND CLARK, as Administrators of the<br>Estate of Karin Clifford and ROBERT E. KRAPF<br>and PATRICIA R. CLIFFORD, as Administrators<br>of the Estate of Robert R. Clifford, SHERRILL J.<br>MULLIGAN, DENIS A. MULLIGAN,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 01 CV 763<br><br>FILED<br>HARRISBURG, PA<br><br>MAY 2 2 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per _____<br>　　　Deputy Clerk |

**Certification Pursuant to Local Rule 7.1**

David I. Rosenbaum hereby certifies as follows:

1.　　I am a member of the firm of Klett Rooney Lieber & Schorling attorneys for plaintiff Northland Insurance Company ("Northland") in connection with this action. I submit this certification in support of the motion of Northland for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.　　We have conferred with counsel for defendant Lincoln General Insurance Company and asked him to discontinue the claims against Northland and he has refused.

By /s/ David I. Rosenbaum
David Ira Rosenbaum (52859)
Klett Rooney Lieber & Schorling
Two Logan Square
18th And Arch Streets, 12th Floor
Philadelphia, PA 19103