

## AFFIRMATION OF SERVICE

STATE OF NEW YORK             )
                              ) ss.:
COUNTY OF NEW YORK            )   1:CV-01-763

                              Judge Kane

    Lorienton N.A. Palmer, being duly admitted to practice in the courts of the state of New York, affirms:

    I am an associate of the firm of Schindel, Farman & Lipsius LLP, counsel for plaintiff Northland Insurance Company with offices at 225 West 34th Street, in the City of New York, County of New York, New York.

    On Wednesday, May 22, 2002, I served the attached Notice of Motion By Plaintiff for Summary Judgment, Certification Pursuant to Local Rule 7.1 and Brief in Support of Plaintiff Northland Insurance Company's Motion for Summary Judgment on the firms:

    Jonathan H. Rudd, Esq.
    Attorney for Lincoln General
    100 Pine Street, P.O. Box 1166
    Harrisburg, PA 17108-11661

    Andrew R. Spiegel, Esq.
    Attorney for Woolever
    3901-A Main Street 2nd Floor
    Philadelphia, PA 19127

by personally delivering a true and accurate copy of the same to the custody and control of the United States Postal Service, in a post paid and sealed envelope, by depositing the same into a receptacle under the exclusive custody and control of the United States Postal Service at the post office located at Eight Avenue and 33rd Street, within the Borough of Manhattan, New York, New York.

Dated: New York, New York
       May 23, 2002

                                                  Lorienton N.A. Palmer