IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>LINCOLN GENERAL INSURANCE COMPANY, et al.,<br>　　　　Defendants. | CIVIL ACTION NO.<br>1:CV-01-0763<br><br>(Judge Kane) |
| LINCOLN GENERAL INSURANCE COMPANY,<br>　　　Third Party Plaintiff,<br><br>　　　v.<br><br>WOLLEVER BROTHERS TRANSPORTATION INC.,<br>　　　Third Party Defendant. | FILED<br>HARRISBURG<br><br>MAY 29 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>　　　DEPUTY CLERK |

## ORDER

AND NOW, this 28th day of May, 2002, **IT IS ORDERED THAT** the May 17, 2002 Order of the Court is amended so that the second sentence shall now read: Defendants' brief in opposition is due no later than May 31, 2002, and any reply brief is due no later than June 5, 2002.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge