IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE CO.          :
                                 :
         Plaintiff               :
                                 :
     v.                          :       CIVIL ACTION NO. 1:CV-01-763
                                 :       (Judge Kane)
LINCOLN GENERAL INSURANCE        :
COMPANY, et al.                  :
         Defendant               :

FILED
HARRISBURG

JUL 3 0 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 30 day of ___July___, 2002, IT IS HEREBY

ORDERED THAT the telephone conference to be held on August 2, 2002, at 9:30 a.m., to

discuss scheduling matters in this case is RESCHEDULED to August 9, 2002, at 9:30 a.m.

Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge