

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NORTHLAND INSURANCE CO.** :
:
  **Plaintiff** :
:
v. : **CIVIL ACTION NO. 1:CV-01-763**
: **(Judge Kane)**
**LINCOLN GENERAL INSURANCE** :
**COMPANY, et al.** :
  **Defendant** :

FILED
HARRISBURG

AUG - 8 2002

MARY E. _____
Per_____
DEPUTY CLERK

**ORDER**

AND NOW, this 7th day of Aug, 2002, **IT IS HEREBY**

**ORDERED THAT** the telephone conference to be held on August 9, 2002, at 9:30 a.m., to discuss scheduling matters in this case is **RESCHEDULED** to August 15, 2002, at 11:30 a.m. Plaintiff's counsel shall initiate this conference call.

Yvette Kane
United States District Judge