IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br>Plaintiff | CIVIL ACTION NO.<br>1:CV-01-763 |
| v. | Judge Kane |
| LINCOLN GENERAL<br>INSURANCE COMPANY, et al.,<br>Defendant |  |

FILED
HARRISBURG

SEP 17 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**O R D E R**

AND NOW this 17th day of September, 2002, **IT IS HEREBY ORDERED THAT** the bench trial in the above-captioned case is **RESCHEDULED** to Monday, January 27, 2003 at 9:30 a.m. **IT IS FURTHER ORDERED THAT** the following case management deadlines are **AMENDED**:

| | |
|---|---|
| Close of Discovery: | November 15, 2002 |
| Local Rule 16.3 Attorney Conference: | November 22, 2002 |
| Motions In Limine Due: | November 29, 2002 |
| Pretrial Memoranda Due: | December 11, 2002 |
| Pretrial and Settlement Conference: | December 18, 2002 - 10:00 a.m. |

_____
Yvette Kane
United States District Judge