IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVENSON v. HENDERSON | : | 1:CV-00-0274 |
| AMERICAN TOWER v. ZONING | : | 1:CV-00-2234 |
| NORTHLAND v. LINCOLN | : | ■■■■■■ |
| UNITED STATES v. BROWN | : | 1:CV-01-0813 |
| ADAMS v. MASSANARI | : | 1:CV-01-0911 |
| MAZZAMUTO v. UNUM PROVIDENT | : | 1:CV-01-1157 |
| DEVORE v. THYSSEN | : | 1:CV-01-1462 |
| SOTO-RAMIREZ v. ASHCROFT | : | 1:CV-01-1555 |
| KENAVAN v. CHESNEY | : | 1:CV-01-1616 |
| WATERS v. MASSANARI | : | 1:CV-01-1773 |
| CONSECO v. TRUCK TECH | : | 1:CV-01-1778 |
| ASBESTOS v. USA | : | 1:CV-01-2253 |
| WILLIAMS v. COMMONWEALTH | : | 1:CV-01-2345 |
| COFFINO v. INS | : | 1:CV-01-2358 |
| ROSE v. COUNTY | : | 1:CV-02-0191 |
| FOUNDRY INS. v. EMPLOYER INS. | : | 1:CV-02-0212 |
| SWARTSWELDER v. LEBANON | : | 1:CV-02-0296 |
| NATIONWIDE v. ALLEMAN | : | 1:CV-02-0351 |
| ALDINGER v. SPECTRUM CONTROL | : | 1:CV-02-0572 |
| BUTLER v. YATES | : | 1:CV-02-0674 |
| SHELBY CASUALTY v. STEINER | : | 1:CV-02-0923 |
| JENNINGS v. KYLER | : | 1:CV-02-1177 |

## ORDER

The Clerk of Court is directed to reassign the above civil cases to the Honorable Christopher C. Conner, United States District Judge, Harrisburg, Pennsylvania.

_____
Yvette Kane, Judge
United States District Court

Dated: September 17, 2002