IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHLAND INSURANCE COMPANY,** | : | CIVIL ACTION NO. 1:CV-01-763 |
| Plaintiff | : | |
| v. | : | FILED<br>HARRISBURG, PA |
| **LINCOLN GENERAL INSURANCE COMPANY, et al.,** | : | OCT 01 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Defendants | : | |

### ORDER OF RECUSAL

AND NOW, this 1st day of October, 2002, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action. The Clerk of Court shall reassign the case to another judge.

CHRISTOPHER C. CONNER
United States District Judge