FILED
HARRISBURG, PA
NOV 25 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE COMPANY
        Plaintiff
    v.

LINCOLN GENERAL INSURANCE COMPANY,
J.H.M. ENTERPRISES, INC., and
VERNICE L. STATTS,
        Defendants

    v.

WOOLEVER BROTHERS TRANSPORTATION
INC.
    Third Party Defendant

No. 1:01-CV-763

(JUDGE KANE)

**STIPULATION REGARDING COVERAGE FOR THE VEHICLE UNDER NORTHLAND INSURANCE COMPANY'S POLICY ISSUED TO WOOLEVER BROTHERS TRANSPORTATION, INC.**

AND NOW COMES, Plaintiff Northland Insurance Company ("Northland"), Defendant Lincoln General Insurance Company (""Lincoln") and Third Party Defendant Woolever Brothers Transportation, Inc. ("Woolever"), by and through their attorneys, and enter into the following stipulation.

1. Northland issued an insurance policy to Woolever for the policy period of September 1, 1995 through September 1, 1996 ("Northland Policy"). The Northland Policy declarations page indicates "symbol 43" liability coverage.

2. Northland hereby agrees and stipulates, only for the purposes of litigation arising from the accident of November 17, 1995, that the Northland Policy should read "symbol 46,47" liability coverage.

3. Symbol 47 is defined in the Northland Policy as "Only those 'autos' you lease, hire, rent or borrow."

4. The Northland Policy contains limits of $2,000,000 Combined Single Limits.

5. If the vehicle involved in the accident of November 17, 1995 was leased, hired, rented or borrowed by Woolever at the time of the accident, the vehicle is a covered auto under the terms of the Northland Policy.

6. Based on the above stipulations, Lincoln agrees to withdraw Count II of the Third Party Complaint asserted against Woolever

By /s/
Ira Lipsius, Esquire
Schindel, Farman & Lipsius
225 West 34th Street
New York, NY 10122
212-563-1202
Attorneys for Northland
Insurance Company

By /s/
Jonathan H. Rudd, Esquire
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 237-5405
Attorneys for Lincoln
General Insurance Company

2

By: /s/ Andrew R. Spiegel
Andrew R. Spiegel, Esq.
3901-A Main Street, 2nd Floor
Philadelphia, PA 19127
(215) 483-9800
Attorney for Woolaver Brothers Transportation

APPROVED BY THE COURT:

_____
Yvette Kane
United Stated District Judge

Dated:

3

CERTIFICATE OF SERVICE

I, Jonathan H. Rudd, Esquire, hereby certify that on this 25th day of November, 2002, a true and correct copy of the foregoing document was served by first-class, United States mail, postage prepaid, upon the following:

Ira S. Lipsius, Esquire
Schindel, Farman & Lipsius LLP
225 West 34th Street
New York, NY 10122

Andrew R. Spiegel, Esquire
3901-A Main Street, 2nd Floor
Philadelphia, PA 19127


Jonathan H. Rudd