
# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE NO: **1:CV-01-763**

DATE: **December 18, 2002**

Hon. Yvette Kane presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **PRETRIAL CONFERENCE**

Time Commenced: **1:09 a.m.**    Time Terminated: **10:50 a.m.**

### APPEARANCES:

**Plaintiff:**

Ira Lipsius, Esquire

**Defendant:**

Jonathan Rudd, Esquire

### REMARKS

Pretrial conference held.