# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

Northland Insurance
v.
Lincoln General

CASE NO: 1:CV-01-763
Date: 1-27-03
1st Day of Trial or Hearing

Hon. Yvette Kane presiding   Courtroom No. 4   in   Harrisburg, PA

Nature of Hearing: Bench Trial
Time Commenced: 9:39   Time Terminated: 4:46

## APPEARANCES

**PLAINTIFF:** Q[?] Lipsius, Esq.

**DEFENDANT:** Jonathan Rudd, Esq.

**PLAINTIFF'S WITNESSES:**
- J.H. McCormick — Exam'd ✓ / Cross Exam'd ✓

**DEFENDANT'S WITNESSES:**

FILED
HARRISBURG
JAN 27 2003
MARY E. D'ANDREA, CLERK
Per: [signature] Deputy Clerk

**REMARKS:** Ct. opens. Csl. present. Plf. makes opening statement. Dft. makes opening statement. Plf. calls J.H. McCormick. Ct. in recess. Ct. resumes w/ direct exam continuing. Cross-exam of Mr. McCormick. Ct. in recess. Ct. resumes. Cross-exam of Mr. McCormick continues. Ct. in recess. Ct. resumes. Cross-exam of Mr. McCormick continues. Re-direct of Mr. McCormick. Re-cross of Mr. McCormick. Ct. adjourns.

Continue remarks and notes on back.

Jennifer Kennedy   Deputy Clerk
Monica Zamiska   Court Reporter

Northland Insurance
v.
Lincoln General

1:CV-01-763

## WITNESS ACTIVITY LIST

(1-27-03)

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:58 | 11:01 | 63 | | / | | | | 1 | J.H. McCormick |
| 11:20 | 11:31 | 11 | | / | | | | 1 | " |
| 11:31 | 12:26 | 55 | | / | | | | 2 | J.H. McCormick |
| 1:59 | 3:27 | 88 | | / | | | | 2 | " |
| 3:41 | 4:20 | 39 | | / | | | | 2 | " |
| 4:20 | 4:43 | 23 | | | | / | | 1 | " |
| 4:43 | 4:45 | 2 | | | | | / | 2 | " |

FILED
HARRISBURG

JAN 27 2003

MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK