Case 1:01-cv-00763-YK  Document 56  Filed 01/28/2003  Page 1 of 2

*Northland Insurance*
*v.*
*Lincoln General*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF TRIAL OR HEARING

CASE NO: 1:CV-01-763
Date: 1-28-03
2nd Day of Trial or Hearing

Hon. Yvette Kane presiding  Courtroom No. 4  in Harrisburg, PA
Nature of Hearing: Bench Trial
Time Commenced: 9:35  Time Terminated: 4:30

## APPEARANCES

**PLAINTIFF:**
(1) Ora Lipinus, Esq.

**DEFENDANT:**
(2) Jonathan Judd, Esq.

**PLAINTIFF'S WITNESSES:**
- Harold Sinclair — Exam'd 1,1 / Cross Exam'd 2
- Michael McGovern — Exam'd 1,1 / Cross Exam'd 2,2

**DEFENDANT'S WITNESSES:**
- Franklyn Brandt — Exam'd 2,2 / Cross Exam'd 1,1
- Gayle Cricilius — Exam'd 2 / Cross Exam'd 2

FILED
HARRISBURG
JAN 28 2003
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK

**REMARKS:** Ct. opens. Oral argmt. Ptf. addresses scheduling issues. Ptf. calls Harold Sinclair. Cross-exam of Mr. Sinclair. Ct. in recess. Ct. resumes w/ cross-exam of Mr. Sinclair continuing. Re-direct of Mr. Sinclair. Ptf. calls Michael McGovern. Ct. in recess. Ct. resumes cross-exam of Mr. McGovern. Re-direct of Mr. McGovern. Re-cross of Mr. McGovern. Dft. calls Franklyn Brandt. Cross-exam of Mr. Brandt. Re-direct of Mr. Brandt. Re-cross of Mr. Brandt. Dft. calls Gayle Cricilius. Ct. in recess. Ct. resumes w/ direct of Ms. Cricilius continuing. Cross-exam of Ms. Cricilius. Ct. adjourns.

Continue remarks and notes on back.

Jennifer Kennedy  Deputy Clerk
Monica Zamiska  Court Reporter


1-31-03

*[handwritten top]: v. Attorney General*  ·  1-CV-01-763

## WITNESS ACTIVITY LIST

(1-28-03)

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:37 | 10:20 | 43 | | / | | | | 1 | Harold Sinclair |
| 10:21 | 11:03 | 42 | | | / | | | 2 | " |
| 11:19 | 11:31 | 12 | | | | / | | 2 | " |
| 11:31 | 11:53 | 22 | | | | | / | 1 | " |
| 11:54 | 12:32 | 38 | | / | | | | 1 | Michael McGovern |
| 1:42 | 2:02 | 20 | | | / | | | 2 | " |
| 2:02 | 2:15 | 13 | | | | / | | 1 | " |
| 2:15 | 2:17 | 2 | | | | | / | 2 | " |
| 2:18 | 2:31 | 13 | | / | | | | 2 | Franklyn Brandt |
| 2:31 | 2:48 | 17 | | | / | | | 1 | " |
| 2:48 | 2:52 | 4 | | | | / | | 2 | " |
| 2:52 | 2:55 | 3 | | | | | / | 1 | " |
| 2:56 | 3:36 | 40 | | / | | | | 2 | Gayle Crecelius |
| 3:53 | 4:19 | 26 | | | / | | | 2 | " |
| 4:19 | 4:30 | 11 | | | | / | | 1 | " |

FILED
HARRISBURG
JAN 28 2003
MARY E. D'ANDREA, CLERK
Per ___ DEPUTY CLERK