# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

Northland Insurance
v.
Lincoln General

CASE NO: 1-CV-01-763
Date: January 29, 2003
3rd Day of Trial or Hearing

Hon. Yvette Kane presiding   Courtroom No. 4   in Harrisburg, PA

Nature of Hearing: Bench Trial
Time Commenced: 9:33 a.m.   Time Terminated: 3:52 pm

## APPEARANCES

**PLAINTIFF:** Ira Lipsius, Esquire - 1

**DEFENDANT:** Jonathan Rudd, Esquire - 2

**PLAINTIFF'S WITNESSES:**

FILED HARRISBURG JAN 29 2003 MARY E. D'ANDREA, CLERK Per: Deputy Clerk

**DEFENDANT'S WITNESSES:**

| Witness | Exam'd | Cross Exam'd |
|---|---|---|
| Joyce W. King | 2 | 1 |
| Vernice Statts | 2 | 1 |
| Jerry Parker | 2 | 1 |
| Louis Bricklin | 2, 2 | 1 |

**REMARKS:** Court opens. Counsel present. Defendant calls Joyce Wilking. Cross exam of Joyce Wilking. Defendant calls Vernice Statts. Cross exam of Vernice Statts. Court in recess. Court resumes. Defendant calls Jerry Parker. Cross exam of Jerry Parker. Court in recess. Court resumes. Defendant calls Louis Bricklin. Court in recess. Court resumes. Cross exam of Louis Bricklin. Redirect of Louis Bricklin. Defense rests. Court in recess until 9:30 am on 1/30/03.

Continue remarks and notes on back.

Renee Brtalik   Deputy Clerk
Monica Zamiska   Court Reporter

Northland Ins.
v.
Lincoln General

1/29/03

## WITNESS ACTIVITY LIST

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:34 | 9:39 | 5 | | / | | | | 2 | Joyce Wilking |
| 9:39 | 9:43 | 4 | | / | | | | 1 | " " |
| 9:46 | 10:35 | 49 | | / | | | | 2 | Vernice Statts |
| 10:35 | 10:42 | 7 | | / | | | | 1 | " " |
| 10:50 | 12:17 | 87 | | / | | | | 2 | Jerry Parker |
| 12:20 | 12:32 | 12 | | / | | | | 1 | " " |
| 1:58 | 3:19 | 81 | | / | | | | 2 | Louis Bricklin |
| 3:35 | 3:45 | 10 | | / | | | | 1 | " " |
| 3:45 | 3:49 | 4 | | | | / | | 2 | " " |