# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

CASE NO: 1:CV-01-763
Date: 1/30/03
4th Day of Trial or Hearing

Hon. Yvette Kane presiding   Courtroom No. 4   in Harrisburg, PA

Nature of Hearing: Bench Trial

Time Commenced: 9:34   Time Terminated: 10:23

## APPEARANCES

**PLAINTIFF:**
(1) Ora Lipsius, Esq.

**DEFENDANT:**
(2) Jonathan Budd, Esq.

**PLAINTIFF'S WITNESSES:**

**DEFENDANT'S WITNESSES:**

FILED
HARRISBURG
JAN 30 2003
MARY E. D'ANDREA, CLERK
Per: _____ DEPUTY CLERK

REMARKS: Ct. opens. Crsl. present. Plf. makes closing argument. Dft. crsl. makes closing argument. Plf. offers rebuttal argument. Crsl. advised that Findings of Facts & Conclusions of Law due no later than Feb. 7, 2003. Opinion to issue. Ct. adjourns.

Continue remarks and notes on back.

Jennifer Kennedy   Deputy Clerk
Monica Zamiska   Court Reporter