FILED
HARRISBURG

JAN 30 2003

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

## Northland Exhibit List

Case: Northland Ins. Co. v. Lincoln General Ins. Co., J. H. M. Enterprises, et al.,
Case No.: 1:01-CV-763

US DISTRICT COURT MIDDLE DISTRICT OF PENNSYLVANIA    JUDGE: HON. YVETTE KANE

| PTF | DFT | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| P-1 | | Lease dated 3/1/90 [NL-A (1 pg)] | 1/27/03 | | | J.H. McCormick |
| P-2 | | Lease dated 10/4/95 [NL-B (3 pgs)] | | | | |
| P-3 | | Statts driver data sheet [NL-C (2 pgs)] | | | | |
| P-4 | | Statts driver data sheet [NL-D (4 pgs)] | | | | |
| P-5 | | Statts driver daily log [NL-E (5 pgs)] | | | | |
| P-6 | | Statts driver daily log [NL-F (4 pgs)] | | | | |
| P-7 | | Lease dated 11/2/95 [NL-G (3 pgs)] | | | | |
| P-8 | | Lease dated 11/2/95 [NL-H (3 pgs)] | | | | |
| P-9 | | Lease dated 11/2/95 [NL-I (4 pgs)] | | | | |
| P-10 | | Lease dated 11/14/95 [NL-J (3 pgs)] | | | | |
| P-11 | | Lease dated 11/16/95 [NL-K (3 pgs)] | 1/27/03 | | | J.H. McCormick |
| P-12 | | Lease dated 11/16/95 [NL-L (1 pg)] | | | | |
| P-13 | | Statts driver daily log [NL-M (4 pgs)] | 1/28/03 | | | Harold Sinclair |
| P-14 | | One page handwritten notes [NL-N] | | | | |
| P-15 | | 6/8/95 Letter from Jim Brandt to Lincoln with attachments [LG-87 (4 pgs)] | | | | |

| PTF | DFT | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| P-16 | | 6/14/95 letter from Diane Hughes to Eric Himes & 7/10/95 letter from Jay McCormick to Eric Himes [LG-89] | | | | |
| P-17 | | Hold Harmless agreement re 1986 Freightliner [LG-88] | | | | |
| P-18 | | Bill of Lading re salt delivered for Woolever on 11/17/95 [LG-83 (3 pgs)] | 1/29/03 | | | Joyce Wilking |
| P-19 | | 12/21/95 letter from J. Parker to M. McGovern with attached Northland policy form [LG-26] | | | | |
| P-20 | | 8/6/98 letter from M. Pipa to M. McGovern [NL-O (2 pgs)] | | | | |
| P-21 | | 6/4/98 letter from L. Bricklin to M. Pipa [NL-P (4 pgs)] | | | | |
| P-22 | | 3/1/90 lease re 1979 freightliner [NL-Q (3 pgs)] | | | | |
| P-23 | | 11/16/95 lease re 1979 Freightliner and 1977 trailer (3 pgs)[NL-R] | | | | |
| P-24 | | 6/25/98 letter from M. Pipa to M. McGovern [NL-S (2 pgs)] | 1/29/03 | | | Jerry Parker |
| P-25 | | 12/45/2000 letter from M. McGovern to Guy Carpenter [NL-T (2 pgs)] | | | | |
| P-26 | | 7/29/96 letter from M. McGovern to B. Eckert [NL-U (2 pgs)] | | | | |

| PTF | DFT | Description | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| P-27 | | **5/20/99 letter from C. Miller to L. Bricklin [NL-V (3 pgs)]** | | | | |
| P-28 | | 2/28/96 letter from J. Maust to E. Himes re JHM (1 pg) | | | | |
| P-29 | | 1/31/96 verification of Sherrie Cronson with attached Lincoln General policy. | 1/28/03 | | | Harold Sinclair |
| P-30 | | USDOT Insurance history for JHM (1 pg) | | | | |
| P-31 | | USDOT Authority History for JHM (1 pg) | | | | |
| P-32 | | 1/4/97 EBT of Jay McCormick & Hazel Sinclair in PI action. | 1/29/03 | | | Louis Bricklin |
| P-33 | | 8/25/99 EBT of Harold Sinclair in PI action | 1/27/03 | | | J.H. McCormick |
| P-34 | | 10/20/99 EBT of Dale Clemons in PI action | 1/29/03 | | | Louis Bricklin |
| P-35 | | 11/4/97 EBT of Vernice Statts in PI action | 1/27/03 | | | J.H. McCormick |