ORIGINAL

## SCHINDEL, FARMAN & LIPSIUS LLP
ATTORNEYS AT LAW
225 WEST 34TH STREET
NEW YORK, N.Y. 10122

IRA S. LIPSIUS
EXTENSION 202
E-MAIL ilipsius@sfl-legal.com

(212) 563-1710
FACSIMILE (212) 695-6602
WEBSITE: www.sfl-legal.com

NEW JERSEY OFFICE
4 CORNWALL DRIVE, SUITE 101
EAST BRUNSWICK, NJ 08816
(732) 390-0166
FACSIMILE (732) 432-7706

March 5, 2003

**Via Federal Express**

Honorable Yvette Kane
United States District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108

Re:  *Northland Insurance Co. v. Lincoln General Insurance Co., et al.*
Index No.: 1:01-CV-763
Our File No.: 2015.67

Dear Judge Kane:

This is in response to the February 27, 2003 letter of counsel for defendant Lincoln General Insurance Company.

At the outset, we acknowledge that we were mistaken when we stated that JHM and Statts were dismissed from the action. We apologize for that error.

Attached is a copy of the docket sheet in the instant matter as well as the docket sheet from the original Eastern District Pennsylvania Action.

The Eastern District Pennsylvania docket sheet, entry 10 dated September 15, 2000, indicates that by stipulation a number of Defendants were dismissed. A similar agreement was drafted with regard to JHM and Statts (an unexecuted copy of the agreement is attached hereto). We mistakenly believed that the agreement had been executed with regard to JHM and Statts.

SCHINDEL, FARMAN & LIPSIUS LLP

Honorable Yvette Kane
March 5, 2003
Page 2

For this we apologize.

Neither JHM nor Statts have ever entered an appearance in this action. There is no record of Lincoln General ever having served Statts or JHM with the cross-claim. We therefore believe that we are correct that Lincoln General has failed to make JHM and Statts parties to this action, Lincoln General has failed to serve either party.

Mr. McCormick has never personally been made a party to this action.

The fact remains that Northland could not have raised the issue of waiver and the Lincoln failed to serve the parties who could have raised it, JHM, McCormick and Statts.

Again, on behalf of Northland and on my own behalf, I personally apologize to the Court and to counsel for the referenced error.

Respectfully yours,

SCHINDEL, FARMAN & LIPSIUS LLP

Ira S. Lipsius

Enclosures
cc:    (Via First Class Mail)a
       Jonathan H. Rudd, Esq.

# U.S. District Court
## Middle District of Pennsylvania (Harrisburg)
### CIVIL DOCKET FOR CASE #: 1:01-cv-00763-YK

Northland Insurance v. Lincoln General Ins, et al
Assigned to: Judge Yvette Kane
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: EDPA, 00-cv-3174
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 05/04/01
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Northland Insurance Company**     represented by  **David Ira Rosenbaum**
Klett Rooney Lieber and Schorling
Two Logan Square 12th Floor
18th & Arch Streets
Philadelphia, PA 19102
215-567-7507
Fax : 12155672737
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ira S. Lipsius**
Schindel, Farman & Lipsius LLP
225 West 34th Street
New York, NY 10122
(212) 563-1710
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Lincoln General Insurance Company**     represented by  **Jonathan H. Rudd**
McNees Wallace & Nurick
100 Pine Street
Harrisburg, PA 17108-1166
(717) 237-5405
Fax : 17172375300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J.H.M.Enterprises, Inc.**

**Vernice L. Statts**

**Sherrill J. Mulligan**

**Denis A. Mulligan**

| | | |
|---|---|---|
| **Robert E. Krapf**<br>*TERMINATED: 05/04/2001* | represented by | **Charles M. Miller**<br>Rubright, Domalakes, Troy, & Miller<br>P.O. Box 9<br>Frackville, PA 17931-0009<br>(717) 874-1109<br>*TERMINATED: 05/04/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Ute L. Hetland Clark,** *as Administrators of the Estate of Karin Clifford*<br>*TERMINATED: 05/04/2001* | represented by | **Charles M. Miller**<br>(See above for address)<br>*TERMINATED: 05/04/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Robert E. Krapf**<br>*TERMINATED: 05/04/2001* | represented by | **Charles M. Miller**<br>(See above for address)<br>*TERMINATED: 05/04/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Patricia R. Clifford,** *Administrators of the Estate of Robert R. Clifford*<br>*TERMINATED: 05/04/2001* | represented by | **Charles M. Miller**<br>(See above for address)<br>*TERMINATED: 05/04/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**
-----------------------

| | | |
|---|---|---|
| **Lincoln General Insurance Company** | represented by | **Jonathan H. Rudd**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**
-----------------------

| | | |
|---|---|---|
| **Northland Insurance Company** | represented by | **David Ira Rosenbaum**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ira S. Lipsius** |

(See above for address)

V.

**Cross Claimant**
----------------------

**Lincoln General Insurance Company**           represented by **Jonathan H. Rudd**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
----------------------

**J.H.M.Enterprises, Inc.**

**Vernice L. Statts**

**ThirdParty Plaintiff**
----------------------

**Lincoln General Insurance Company**           represented by **Jonathan H. Rudd**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**
----------------------

**Woolever Brothers Transportation, Inc.**      represented by **Andrew R. Spiegel**
                                                3901-A Main Street
                                                2nd Floor
                                                Philadelphia, PA 19127
                                                215-483-9800
                                                Fax : 12154832170
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Beth A. Carter**
                                                Bennett, Bricklin & Saltzburg
                                                1601 Market Street
                                                16th Floor
                                                Philadelphia, PA 19103
                                                215-561-4302
                                                *TERMINATED: 10/26/2001*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis E. Bricklin**
Bennett, Bricklin & Saltzburg LLP
313 West Liberty Street
Suite 371
Lancaster, PA 17603
717-393-4400
Fax : 12155616661
*TERMINATED: 10/26/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
-----------------------

| | | |
|---|---|---|
| **Woolever Brothers Transportation, Inc.** | represented by | **Andrew R. Spiegel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Beth A. Carter**<br>(See above for address)<br>*TERMINATED: 10/26/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Louis E. Bricklin**<br>(See above for address)<br>*TERMINATED: 10/26/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**
-----------------------

| | | |
|---|---|---|
| **Lincoln General Insurance Company** | represented by | **Jonathan H. Rudd**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/04/2001 | 1 | ORIGINAL FILE, CERTIFIED COPY OF TRANSFER ORDER AND DOCKET SHEET received from Eastern District of PA. (rm) (Entered: 05/08/2001) |

| | | |
|---|---|---|
| 05/11/2001 | 2 | LETTER from court to counsel Re: case assignment & procedure. (seal) (Entered: 05/11/2001) |
| 08/02/2001 | 3 | ANSWER to complaint and CROSSCLAIM by defendant Lincoln General Insurance against defendants J.H.M.Enterprises and Vernice L. Statts with exhs. attached and c of s. (jc) (Entered: 08/03/2001) |
| 08/02/2001 | 3 | COUNTERCLAIM by defendant Lincoln General Insurance against plaintiff Northland Insurance Co. (jc) (Entered: 08/03/2001) |
| 08/02/2001 | 4 | THIRD-PARTY COMPLAINT: by defendant Lincoln General Insurance Company against Woolever Brothers Transportation. (c/s) (am) (Entered: 08/03/2001) |
| 08/02/2001 | | THIRD PARTY SUMMONS ISSUED - as to third-party defendant Woolever Brothers Transportation w/N&C, 3rd-pty complt. (am) (Entered: 08/03/2001) |
| 08/14/2001 | 5 | RETURN OF SERVICE executed upon third-party defendant Woolever Brothers Transportation on 8/13/01 by personal service. (jc) (Entered: 08/15/2001) |
| 08/24/2001 | 6 | ENTRY OF ATTORNEY APPEARANCE for third-party defendant Woolever Brothers Transportation, Inc. by atty Louis E. Bricklin, Beth A. Carter (vg) (Entered: 08/27/2001) |
| 08/24/2001 | 7 | MOTION with MEMORANDUM IN SUPPORT by third-party defendant Woolever Brothers Transportation, Inc. to extend time until 10/2/01 to answer third party complt ; C/S; Propo. (vg) (Entered: 08/27/2001) |
| 08/27/2001 | | SPECIAL ADMISSION FORM sent to attorney: Louis E. Bricklin (vg) (Entered: 08/27/2001) |
| 08/27/2001 | | SPECIAL ADMISSION FORM sent to attorney: Beth A. Carter (vg) (Entered: 08/27/2001) |
| 08/31/2001 | 8 | ORDER by Judge Yvette Kane granting motion to extend time until 10/2/01 to answer third party complt. [7-1] (cc: all counsel, court) (jk) (Entered: 08/31/2001) |
| 08/31/2001 | | ATTORNEY SPECIAL ADMISSION form received from: Laurence S. Litow forwarded to judge for approval. Receipt #: 134695 Amt: $25.00 (vg) (Entered: 09/04/2001) |
| 09/27/2001 | 9 | ANSWER by counter-defendant Northland Insurance to COUNTERCLAIM; C/S. (vg) (Entered: 09/28/2001) |

| | | |
|---|---|---|
| 09/28/2001 | | SPECIAL ADMISSION FORM sent to attorney: Ira S. Lipsius (vg) (Entered: 09/28/2001) |
| 10/02/2001 | 10 | ANSWER by third-party defendant Woolever Brothers Transportation, Inc. with AFFIRMATIVE DEFENSES to THIRD PARTY COMPLAINT of Lincoln General Ins. Co and Counterclaim against Lincoln General Ins. Co. (sc) (Entered: 10/03/2001) |
| 10/02/2001 | 10 | COUNTERCLAIM by third-party defendant Woolever Brothers Transportation, Inc. against third-party plaintiff Lincoln General Insurance Company. (sc) (Entered: 10/03/2001) |
| 10/04/2001 | 11 | ORDER by Judge Yvette Kane Scheduling conf set for 10:30 a.m. on 12/7/01 "Joint CM Plan" due 11/30/01. (cc: all counsel, court) (jk) (Entered: 10/04/2001) |
| 10/05/2001 | | ATTORNEY SPECIAL ADMISSION form received from: Andrew Spiegel forwarded to judge for approval. Receipt #: 111 134926 Amt: $25.00 (vg) (Entered: 10/09/2001) |
| 10/10/2001 | 12 | DOCUMENT - Withdrawal and Entry of Appearance filed by David Ira Rosenbaum, Esquire o/b/o Northland Insurance Company. Mr. Rosenbaum is now at a different firm and address. Address is correct in the system. (sc) (Entered: 10/11/2001) |
| 10/10/2001 | 13 | AMENDED ANSWER by counter-defendant Northland Insurance to the Counter-Claim; with c/s. (sc) (Entered: 10/11/2001) |
| 10/16/2001 | | ATTORNEY SPECIAL ADMISSION form received from: Ira S. Lipsius and forwarded to Judge Kane for approval. Receipt #: 111 135013 Amt: $25.00 (jc) (Entered: 10/17/2001) |
| 10/19/2001 | 14 | REQUEST OF ATTORNEY Ira S. Lipsius FOR SPECIAL ADMISSION to practice on behalf of Northland Insurance and approved by Judge Kane. (cc: Lipsius, Registry & Roseanne) (jc) (Entered: 10/22/2001) |
| 10/19/2001 | 15 | REQUEST OF ATTORNEY Andrew Spiegel FOR SPECIAL ADMISSION to practice on behalf of Woolever Brothers and approved by Judge Kane. (cc: Spiegel, Registry & Roseanne) (jc) (Entered: 10/22/2001) |
| 10/26/2001 | 16 | WITHDRAWAL OF APPEARANCE: by Beth A. Carter, Esq., and Louis Bricklin, Esq., Bennet, Bricklin & Saltzburg to withdraw appearance on behalf of third-party defendant Woolever Brothers Transportation, Inc., counter-claimant Woolever Brothers Transportation, Inc. (vg) (Entered: 10/29/2001) |

| | | |
|---|---|---|
| 11/01/2001 | 17 | REPLY by defendant Lincoln General Ins to 3rd Pty Dft Woolever Brothers Transportation, Inc.'s Counterclaim, together with affirmative defenses [10-1]; with c/s. (sc) (Entered: 11/02/2001) |
| 12/03/2001 | 18 | JOINT CASE MANAGEMENT PLAN returned by cnsl. All parties do not agree to jurisdiction by a magistrate judge. (vg) (Entered: 12/04/2001) |
| 12/07/2001 | 19 | MINUTE SHEET of case mgmt. conf. held by Judge Yvette Kane on 12/7/01 beginning at 10:35am. Rmks: J/Sel - 11/4/02 - Case mgmt order to issue. (sc) (Entered: 12/10/2001) |
| 01/09/2002 | 20 | CASE MANAGEMENT ORDER by Judge Yvette Kane - Jury trial set 11/4/02; Jury selection scheduled 9:30 a.m. on 11/4/02; Discovery cutoff 5/31/02; Pretrial memorandum due 10/18/02; Pretrial conference set 3:00 p.m. on 10/24/02. Case placed on COMPLEX Case Mgmt. Track (cc: all counsel, court) (jk) (Entered: 01/09/2002) |
| 01/22/2002 | 21 | MINUTE SHEET - of Discovery Dispute TC held 1/9/02. (jk) (Entered: 01/22/2002) |
| 05/16/2002 | 22 | MINUTE SHEET of TC held for discovery dispute by J. kane on 5/15/02. (jk) (Entered: 05/16/2002) |
| 05/17/2002 | 23 | ORDER by Judge Yvette Kane Pursnant to a telephone conf. held with cnsl. on 5/15/02, IT IS ORDERED THAT pltf shall have until 5/22/02 to file its anticipated mtn to enforce settlement and supporting brief. Defts' brief in opp. is due no later than 5/22/02, and any reply brief is due no later than 6/5/02. Discovery shall be stayed until 6/17/02, or as directed by further order of the Court. (cc: all counsel & Ct.) (jc) (Entered: 05/17/2002) |
| 05/22/2002 | 24 | MOTION by plaintiff for summary judgment ; C/S (pm) (Entered: 05/23/2002) |
| 05/22/2002 | 25 | BRIEF by plaintiff IN SUPPORT of motion for summary judgment [24-1]; C/S (pm) (Entered: 05/23/2002) |
| 05/22/2002 | 26 | CERTIFICATE of CONCURRENCE by plaintiff. (pm) (Entered: 05/23/2002) |
| 05/24/2002 | 27 | CERTIFICATE OF SERVICE by pltf Northland Insurance that the Mtn by pltf for Sumjgm was served on dft on 5/23/02. (sc) (Entered: 05/28/2002) |
| 05/24/2002 | 28 | STATEMENT OF UNDISPUTED MATERIAL FACTS by pltf Northland Insurance in support of motion for summary judgment [24- |

| | | |
|---|---|---|
| | | 1]; with c/s. (sc) (Entered: 05/28/2002) |
| 05/24/2002 | 29 | EXHIBITS (Captioned: Affidavit) filed by pltf Northland Ins in support of the mtn for sum/jgm [24-1]; with c/s. (sc) (Entered: 05/28/2002) |
| 05/29/2002 | 30 | ORDER by Judge Yvette Kane: IT IS ORDERED THAT the 5/17/02 Order of this Court is amended so that the second sentence shall now read: Defendants' brief in opposition is due no later than 5/31/02, and any reply brief is due no later than 6/5/02. (cc: all counsel, court) (jk) (Entered: 05/29/2002) |
| 06/04/2002 | 31 | RESPONSE by defendant Lincoln Genl Ins to pltfs statement of material facts; C/S, Propo (pm) Modified on 06/05/2002 (Entered: 06/05/2002) |
| 06/04/2002 | 32 | BRIEF by defendant Lincoln General Ins IN OPPOSITION to motion for summary judgment [24-1] ;reply brief due 6/17/02; C/S (pm) (Entered: 06/05/2002) |
| 06/04/2002 | 33 | AFFIDAVIT of Jonathan Rudd [31-1]; C/S (pm) (Entered: 06/05/2002) |
| 06/04/2002 | 34 | AFFIDAVIT of Albert N. Miller [31-1]; C/S (pm) (Entered: 06/05/2002) |
| 06/04/2002 | 35 | AFFIDAVIT of Timothy Kirk [31-1]; C/S (pm) (Entered: 06/05/2002) |
| 06/04/2002 | 36 | EXHIBITS by defendant Lincoln General Ins re motion response [32-1]; C/S (pm) (Entered: 06/05/2002) |
| 06/11/2002 | 37 | REPLY BRIEF by plaintiff Northland Insurance in support of motion for summary judgment [24-1]; C/S. (vg) (Entered: 06/12/2002) |
| 07/17/2002 | 38 | MEMORANDUM AND ORDER: by Judge Yvette Kane denying Pltf Northland Insurance Company's motion for summary judgment [24-1] Teleconf will be held 9:30 a.m. on 8/2/02 to discuss scheduling matters. Pltf's cnsl shall initiate call. (cc: all counsel court) (vg) (Entered: 07/18/2002) |
| 07/30/2002 | 39 | ORDER by Judge Yvette Kane Teleconf RESCHEDULED to 9:30 a.m. on 8/9/02 (cc: all counsel, court) (jk) (Entered: 07/30/2002) |
| 08/08/2002 | 40 | ORDER by Judge Yvette Kane Teleconf RESCHEDULED to 11:30 a.m. on 8/15/02 (cc: all counsel, court) (jk) (Entered: 08/08/2002) |

| | | |
|---|---|---|
| 08/16/2002 | 41 | MINUTE SHEET - of TC held by J. Kane on 8/15/02. Order to issue. term ddl (jk) (Entered: 08/16/2002) |
| 09/17/2002 | 42 | ORDER by Judge Yvette Kane Trial RESCHEDULED to 9:30 a.m. on 1/27/03; Discovery EXTENDED UNTIL 11/15/02; Pretrial conference SET 10:00 a.m. on 12/18/02; Pretrial memorandum DUE 12/11/02 (cc: all counsel, court) (jk) (Entered: 09/17/2002) |
| 09/17/2002 | 43 | ORDER by Judge Yvette Kane Case reassigned to Judge Christopher C. Conner (cc: all counsel, court) (jk) (Entered: 09/17/2002) |
| 09/30/2002 | 44 | LETTER - from Jonathan H. Rudd, Esquire to Court dated 9/25/02 requesting the Court's recusal from the case. (jc) (Entered: 10/01/2002) |
| 10/01/2002 | 45 | ORDER OF RECUSAL by Judge Christopher C. Conner. Clerk of Court shall reassign case to another judge. Case reassigned to Judge Yvette Kane (cc: all counsel, Judge Conner, Judge Kane) (vg) (Entered: 10/02/2002) |
| 11/25/2002 | 46 | STIPULATION by cnsl for pltf and deft regarding coverage for the vehicle under Northland Insurance Company's policy issued to Woolever Brothers Transportation, Inc., (pm) (Entered: 11/26/2002) |
| 12/02/2002 | 46 | ORDER by Judge Yvette Kane granting stipulation regarding coverage for the vehicle under Northland Insurance Co.'s Policy issued to Woolever Brothers Transportation, Inc. [46-1] (cc: all counsel & Ct.) (jc) (Entered: 12/02/2002) |
| 12/13/2002 | 47 | PRE-TRIAL MEMORANDUM submitted by defendant Lincoln General Insurance Co. and c of s. (jc) (Entered: 12/16/2002) |
| 12/13/2002 | 48 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW by defendant Lincoln General Insurance Co. and c of s. (jc) (Entered: 12/16/2002) |
| 12/18/2002 | 49 | PRE-TRIAL MEMORANDUM submitted by plaintiff with exh. list attached. (jc) (Entered: 12/19/2002) |
| 12/19/2002 | 50 | MINUTE SHEET - of PTC held by J. Kane on 12/18/02. term ddl (jk) (Entered: 12/19/2002) |
| 12/19/2002 | 51 | ORDER by Judge Yvette Kane - IT IS ORDERED THAT Woolever shall show cause, no later than 1/9/03, why the counterclaim against Lincoln General shall not be dismissed for failiure to prosecute. Failure to show cause by that date will result in the dismissal of the counterclaim. (cc: all counsel, court) (seal) (Entered: 12/19/2002) |

| 12/20/2002 | 52 | NORTHLAND INSURANCE COMPANY'S PRE-TRIAL MEMORANDUM submitted by cnsl for Woolever Brothers. (vg) (Entered: 12/23/2002) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 03/04/2003 16:40:12 ||||
| PACER Login: | sf0186 | Client Code: | 2015.67 |
| Description: | Docket Report | Case Number: | 1:01-cv-00763-YK |
| Billable Pages: | 4 | Cost: | 0.28 |

# 1: CV 01-0763

f-STND CLOSED
A/R

U.S. District Court
U.S. District Court of Eastern Pennsylvania (Philadelphia)

CIVIL DOCKET FOR CASE #: 00-CV-3174

NORTHLAND INSURANCE v. LINCOLN GENERAL INS., et al    Filed: 06/22/00
Assigned to: JUDGE PETRESE B. TUCKER
Demand: $0,000                                        Nature of Suit: 110
Lead Docket: None                                     Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Declaratory Judgment

NORTHLAND INSURANCE COMPANY          DAVID IRA ROSENBAUM
    PLAINTIFF                        [COR LD NTC]
                                     RUTHRAUFF & ARMBRUST, P.C.
                                     1601 MARKET STREET
                                     PHILADELPHIA, PA 19103-1913
                                     USA

                                                        FILED
                                                       SCRANTON
    v.
                                                       MAY 0 4 2001

LINCOLN GENERAL INSURANCE            JONATHAN H. RUDD
COMPANY                              FAX 717-237-5300
    DEFENDANT                        [COR LD NTC]
                                     MC NEES, WALLACE & NURICK
                                     100 PINE STREET
                                     P.O. BOX 1166
                                     HARRISBURG, PA 17108-1166
                                     USA
                                     TEL 717-237-5252


J.H.M. ENTERPRISES, INC.
    DEFENDANT


VERNICE L. STATTS
    DEFENDANT

ROBERT E. KRAPF                      CHARLES M. MILLER
    DEFENDANT                        RUBRIGHT, DOMALAKES, TROY &
    [term  09/15/00]                 MILLER
                                     14 W. FRACK STREET
                                     P.O. BOX 9, LAW BLDG.
                                     FRACKVILLE, PA 17931-0009
                                     USA

Docket as of May 1, 2001 11:27 am                    Page 1

A TRUE COPY CERTIFIED TO FROM THE REC
DATED: 5-1-01
ATTEST:

```
Proceedings include all events.                                              f-ST
2:00cv3174 NORTHLAND INSURANCE v. LINCOLN GENERAL INS., et al    CLOSED A/R
```

| | |
|---|---|
| UTE L. HETLAND CLARK, AS ADMINISTRATORS OF THE ESTATE OF KARIN CLIFFORD<br>  DEFENDANT<br>  [term 09/15/00] | CHARLES M. MILLER<br>(See above)<br>[COR LD NTC] |
| ROBERT E. KRAPF<br>  DEFENDANT<br>  [term 09/15/00] | CHARLES M. MILLER<br>(See above)<br>[COR LD NTC] |
| PATRICIA R. CLIFFORD, AS ADMINISTRATORS OF THE ESTATE OF ROBERT R. CLIFFORD<br>  DEFENDANT<br>  [term 09/15/00] | CHARLES M. MILLER<br>(See above)<br>[COR LD NTC] |
| SHERRILL J. MULLIGAN<br>  DEFENDANT | |
| DENIS A. MULLIGAN<br>  DEFENDANT | |

```
Proceedings include all events.                                          f-ST
2:00cv3174 NORTHLAND INSURANCE v. LINCOLN GENERAL INS., et al   CLOSED A/R

6/22/00    1        Complaint. filing fee $ 150 receipt # 735165 (tj)
                    [Entry date 06/23/00]

6/22/00   --        Summons(es) 9 issued. Mailed to counsel on 6/23/00. (tj)
                    [Entry date 06/23/00]

6/22/00   --        Standard Case Management Track. (tj) [Entry date 06/23/00]

7/17/00    2        Return of service executed as to DEFENDANT J.H.M.
                    ENTERPRISES on 7/2/00. (fb) [Entry date 07/17/00]

7/17/00    3        Return of service executed as to DEFENDANT DENIS A.
                    MULLIGAN, DEFENDANT SHERRILL J. MULLIGAN, DEFENDANT VERNICE
                    L. STATTS on 7/11/00. (fb) [Entry date 07/17/00]

7/19/00    4        Affidavit  of: Donald W. Good re: served summons and
                    complaint   upon  TIMOTHY KIRK ON BEHALF OF DEFENDANT
                    LINCOLN GENERAL INS. . Served by: personal service on
                    7/5/00 . (ldb) [Entry date 07/19/00]

7/31/00    5        Affidavit of: Kathleen Fox re: served summons and complaint
                    upon DEFENDANT UTE L. HETLAND CLARK . Served by: service on
                    7/19/00. (gn) [Entry date 07/31/00]

8/2/00     6        ORDER, REASSIGNING FROM THE CALENDAR OF  JUDGE WILLIAM H.
                    YOHN JR.  TO THE CALENDAR OF  JUDGE PETRESE B. TUCKER  . (
                    SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ) 8/2/00 ENTERED
                    AND COPIES MAILED . (ldb) [Entry date 08/02/00]

8/8/00     7        Affidavit  of: John E. Glatz re: served summons and
                    complaint   upon DEFENDANT ROBERT E. KRAPF .  Served by:
                    personal service on 7/27/00 . (ldb) [Entry date 08/08/00]

8/17/00    8        STIPULATION AND ORDER, reset ANSWER DUE FOR 8/18/00 for
                    LINCOLN GENERAL INS.  (Attorney: JONATHAN H. RUDD) (
                    SIGNED BY JUDGE PETRESE B. TUCKER ) 8/17/00 ENTERED AND
                    COPIES MAILED (ldb) [Entry date 08/17/00]

8/21/00    9        MOTION BY DEFENDANT LINCOLN GENERAL INSURANCE COMPANY, TO
                    DISMISS FOR IMPROPER VENUE, CERTIFICATE OF SERVICE, BRIEF
                    IN SUPPORT, CERTIFICATE OF SERVICE. (dt)
                    [Entry date 08/21/00]

9/15/00   10        STIPULATION AND ORDER THAT PLFF DISMISSES ITS COMPLAINT
                    AGAINST DEFTS ROBERT E. KRAPF AND UTE L. HETLAND CLAR, AS
                    ADMINISTRATORS OF THE ESTATE OF KARIN CLIFFORD AND ROBERT
                    E. KRAPF AND PATRICIA R. CLIFFORD AS ADMINISTRATORS OF THE
                    ESTATE OF ROBERT R. CLIFFORD ONLY. IT IS STIPULATED AND
                    AGREED THAT THE DISMISSED DEFTS WILL BE BOUND BY ANY
                    DECISION OR JUDGMENT THAT THE COURT MAY REACH IN THE
                    LAWSUIT WITH RESPECT TO THE OBLIGATIONS OF NORTHLAND
                    INSURANCE CO. AND LINCOLN GENERAL INS. CO., ETC. ( SIGNED
                    BY JUDGE PETRESE B. TUCKER ) 9/15/00 ENTERED AND COPIES
                    MAILED AND FAXED. (gn) [Entry date 09/15/00]

Docket as of May 1, 2001 11:27 am                        Page 3
```

Proceedings include all events.                                          f-S
2:00cv3174 NORTHLAND INSURANCE v. LINCOLN GENERAL INS., et al    CLOSED A/R

| Date | # | Entry |
|---|---|---|
| 9/18/00 | 11 | Response by PLAINTIFF NORTHLAND INSURANCE in opposition to LINCOLN INSURANCE COMPANY'S MOTION TO DISMISS FOR IMPROPER VENUE ,, MEMORANDUM, Certificate of Service. (ldb) [Entry date 09/19/00] |
| 10/3/00 | 12 | BRIEF IN RESPONSE by DEFENDANT LINCOLN GENERAL INS. to PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S MOTION TO DISMISS FOR IMPROPER VENUE, Certificate of Service. (ldb) [Entry date 10/03/00] |
| 3/29/01 | 13 | MEMORANDUM AND ORDER THAT DEFT.'S MOTION TO DISMISS FOR IMPROPER VENUE IS DENIED. IT IS FURTHER ORDERED THAT THIS ACTION IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, PURSUANT TO 28 U.S.C. SEC. 1406. THE CLERK SHALL TRANSFER THE RECORD TO THAT DISTRICT AND TERMINATE THIS CASE FROM THIS COURT'S DOCKET. (SIGNED BY JUDGE PETRESE B. TUCKER), 3/30/01 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS ON 3/29/01. (rp) [Entry date 03/30/01] |
| 3/29/01 | -- | Case closed (kv) [Entry date 03/30/01] |
| 4/30/01 | -- | Original record together with certified copy of docket entries forwarded to the Middle District of Pennsylvania. (rp) [Entry date 05/01/01] |

Docket as of May 1, 2001 11:27 am                             Page 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------x
NORTHLAND INSURANCE COMPANY,        :
                                    :
                Plaintiff,          :
                                    :
        v.                          :       Index No._____
                                    :
LINCOLN GENERAL INSURANCE COMPANY,  :
J.H.M. ENTERPRISES, INC., VERNICE L.:       STIPULATION AND ORDER
STATTS, ROBERT E. KRAPF and UTE L.  :       OF DISMISSAL
HETLAND CLARK, as Administrators of the :
Estate of Karin Clifford and ROBERT E. KRAPF :
and PATRICIA R. CLIFFORD, as Administrators :
of the Estate of Robert R. Clifford, SHERRILL J. :
MULLIGAN, DENIS A. MULLIGAN,        :
                                    :
                Defendants.         :
------------------------------------x

   IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that the above captioned lawsuit be and is hereby dismissed pursuant to Fed. R. Civ.P. 41(a) as against J.H.M. Enterprises, Inc. and Vernice L. Statts.

   IT IS FURTHER STIPULATED AND AGREED by the undersigned attorneys that J.H.M. Enterprises and Vernice L. Statts will be bound by any decision or judgment which the court may reach in the above captioned lawsuit in regard to the obligations of Northland Insurance Company and Lincoln General Insurance Company to provide insurance coverage for the liability of JHM Enterprises, Vernice L Statts and Woolever in the Clifford and Mulligan Actions (the "Underlying Actions").

Dated: August     , 2000

| | |
|---|---|
| METTE, EVANS & WOODSIDE | RUTHRAUFF & ARMBRUST, P.C. |
| | 1601 Market Street, 16th Floor |
| HARRISBURG, PA  17110 | Philadelphia,  PA   19103 |
| (   ) | (215) 567-3700 |
| | Attorneys for Plaintiff Northland Insurance Company |

By: _____    By: _____
    Michael D. Pipa        David Ira Rosenbaum (52589)


OF COUNSEL:

Ira S. Lipsius
SCHINDEL, FARMAN & LIPSIUS LLP
225 West 34th Street
New York, N.Y. 10122
(212) 563-1710