A 450 (Rev. 5/85) Judgment in a Civil Case

UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF PENNSYLVANIA**

## JUDGMENT IN A CIVIL CASE

NORTHLAND INSURANCE
COMPANY

   Plaintiff

CASE NUMBER: 1:CV-01-0763
JUDGE YVETTE KANE

LINCOLN GENERAL INSURANCE
COMPANY

   Defendant

9   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered for Plaintiff, Northland Insurance Company and against Defendant, Lincoln General Insurance Company, in the amount of $75,000.

**Date:** August 26, 2003            **Mary E. D'Andrea, Clerk of Court**

                                                            s/ Virginia Gilmore

                                           **(By) Virginia Gilmore, Deputy Clerk**