UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br><br>　　　　　　　Defendant. | Civil Action No.: 1:CV-01-0763<br><br>**(Hon. Yvette Kane, USDJ)** |

### NOTICE OF MOTION BY NORTHLAND INSURANCE COMPANY FOR AN ORDER AMENDING THE COURT S DECISION AND ORDER DATED AUGUST 26, 2003

**COUNSEL:**

**PLEASE TAKE NOTICE** that on a date to be set by the Court, plaintiff Northland Insurance Company ( Northland ) will move pursuant to Rule 59 of the Federal Rules of Civil Procedure for an order amending the August 26, 2003 decision and order of the Court to:

(a) order Lincoln General to reimburse Northland for $65,629.59 attorney fees expended by Northland to defend Woolever in the Underlying Actions;

(b) order Lincoln General pay interest, at the applicable rate of 6%, on the total amount of $140,629.59 due to Northland and;

(c) direct the Clerk of the Court to enter judgment for Northland and against Lincoln General, in the amount of $140,629.59, plus applicable interest thereon from November 2000 to the date of judgment.

Dated: September 4, 2003
New York, New York

SCHINDEL, FARMAN & LIPSIUS LLP
Attorneys for Plaintiff Northland Insurance Company

By:_____/s/_____
Ira S. Lipsius (IL5704)
225 West 34th Street
New York, New York 10122
(212) 563-1710
File No. 2015.67

David Ira Rosenbaum
KLETT, ROONEY, LIEBER & SCHORLING
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
(215) 567-7505
Attorneys for Plaintiff Northland Insurance Co.

TO: Jonathan H. Rudd, Esq.
Attorney for Lincoln General
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-11661
(717) 237-5405