UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>vs.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>                        Defendant. | Civil Action No.: 1:CV-01-0763<br><br>**(Hon. Yvette Kane, USDJ)** |

**Certification Pursuant to Local Rule 7.1**

      Ira S. Lipsius hereby certifies as follows:

      1.      I am a member of the firm of Schindel Farman & Lipsius LLP, attorneys for plaintiff Northland Insurance Company ( Northland ) in connection with this action. By order of this Court dated, October 19, 2001, I am admitted to practice in the Federal District Court, Middle District of Pennsylvania in connection with this matter.

      2.      I submit this certification in support of the motion of Northland an order, pursuant to Rule 59 of the Federal Rules of Civil Procedure, amending and/or altering the August 26, 2003 decision and order of the Court.

3. I have conferred with counsel for defendant Lincoln General Insurance Company and asked him to consent to the proposed amendment of the August 26, 2003 decision and order of the Court and he has refused.

By /s/
Ira S. Lipsius (IL5704)
SCHINDEL, FARMAN & LIPSIUS LLP
225 West 34th Street
New York, New York 10122
(212) 563-1710