UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY,<br><br>                            Plaintiff,<br><br>vs.<br><br>LINCOLN GENERAL INSURANCE COMPANY,<br><br>                            Defendants. | Civil Action No.: 1:CV-01-0763<br><br>(**Hon. Yvette Kane, USDJ**) |

**ORDER**

ANDAND NOW, this __ day of ____, 2003, upon consideration of the Motion of Plaintiff NorthandNorthand Insurance Company ( Northand ) pursuant to RuNorthand Insurance Company ( Northa ProcedureProcedure for an order amending the decision and order dated August 26, 2003 to (1)Procedure ddefendantdefendant Lincoln General Insurance Company ( Lincoln General ) to reimburse Northland fodefer $65,629.59$65,629.59 attorney$65,629.59 attorney fees expended by Northland to defend Woolever in$65,629.59 orderorder Lincoln General to pay interest, at the applicable rate of 6%, on the total amount of $140,629.59$140,629.59 due to Northland and, (3) direct the Clerk of the$140,629.59 due to Northland and, (3) di andand against Lincoln General, in the amoand against Lincoln General, in the amount ofand against Lincoln G NovemberNovember 2000 to the date of judgment, and the response thereto, it is hereby ONovember 2000 to DECREED that the Motion is GRANTED.

                                                             _____
                                                              Yvette Kane, USDJ .