INVOICE NO. 99999
September 25, 2003

LAW OFFICES
# SCHINDEL, FARMAN & LIPSIUS LLP

14 PENN PLAZA, SUITE 500 - NEW YORK, N.Y. 10122-0056

212 563-1710   FAX 212 695-6602
FED. ID NO. 13-3858209

OUR FILE #:       2015.6700
YOUR REFERENCE:   TF209197
DATE OF LOSS:     November 17, 1995

NORTHLAND INSURANCE COMPANIES
ATTN: MS. TRACI SLANE
P.O. BOX 64816
ST. PAUL, MN  55120-0816

For Professional Services Rendered
Re: WOOLEVER BROS. TRANSPORT, INC.

### DISBURSEMENTS

| Description | Amount |
|---|---:|
| Sir Speedy 12/27/01 10,012 copies | 867.04 |
| Filius & McLucas Reporting Service 1/9/02 deposition transcripts of Michael McGovern & Traci Slane | 605.50 |
| Geiger & Loria Reporting Service 11/21/02 deposition transcripts | 333.45 |
| Paul E. Troutman, Prof. Reporter 11/30/02 Clemons deposition transcrit | 143.40 |
| Varallo, Inc. 12/2/02 deposition transcripts of Gail Crescelius $541.10 & Louis Bricklin $752.05 | 1,293.15 |
| Varallo, Inc. 12/10/02 deposition transcripts of Jerry Parker | 711.50 |
| Sargent's Court Reporting Service 11/20/02 deposition transcripts | 847.20 |
| Sir Speedy 1/24/03 re: Posters blown-up, enlarged & mounted on foam board | 179.15 |
| Total Disbursements - | $4,980.39 |