

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

October 7, 2003

David I. Rosenblum, Esq.
Ira Lipsius, Esq.
Jonathan H. Rudd, Esq.
Andrew R. Spiegel, Esq.

Re:   Northland vs. Lincoln General Ins., et. al.
      Case: 1:01-cv-0763 (Judge Kane)

Dear Counsel:

A bill of cost was filed on September 25, 2003, by the plaintiff in the above referenced case. Subsequently, the defendnat filed objections to these costs on October 7, 2003.

Additional objections may be filed with the Clerk on or before October 15, 2003. After the deadline, a determination on costs will be considered in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

Very truly yours,

MARY E. D'ANDREA, CLERK


By s/Roseanne Pucilowski
Deputy Clerk