Case 1:01-cv-00763-YK Document 75-2 Filed 10/15/2003 Page 1 of 7

Filius & McLucas Reporting Service, Inc.
1427 East Market Street
York, PA 17403
(717) 845-6418 Fax (717) 854-3311

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 995244 *** | 01/21/2002 | 01-119623 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/09/2002 | VALETH | |

| CASE CAPTION |
|---|
| Northland Insurance vs. Lincoln General Insurance |

| TERMS |
|---|
| Due upon receipt |

Ira S. Lipsius, Esquire
Schindel, Farman & Lipsius, LLP
225 West 34th Street
New York, NY 10122

File 2015.67

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| ORIGINAL AND REDUCED FORMAT OF Michael McGovern, Esquire | 96 Pages @ | 3.40/Page | 326.40 |
| EXHIBITS | 82 Pages @ | .25/Page | 20.50 |
| Transcript (Mini-Script only) Traci Slane | 108 Pages @ | 1.95/Page | 210.60 |
| EXHIBITS | 2 Pages @ | .25/Page | .50 |
| Transcript of Proceedings of Judge Kane a Ruling (via telephone) | 7 Pages @ | 1.85/Page | 12.95 |
| REPORTER ATTENDANCE | | | 20.00 |
| Shipping | | | 14.55 |
| TOTAL DUE >>>> | | | 605.50 |

TRANSCRIPTS SENT UPS C.O.D. - PLEASE HAVE A CHECK READY FOR THE UPS DRIVER
Complimentary copy of Keyword Indexing
Appearance fee — Divided
Per page rate of Michael Mcgovern includes cost of additional [illegible]
transcript sent to the witness to read & sign

TAX ID NO.: 23-2985305

(212) 563-1710

*Please detach and return this portion with your payment*

Ira S. Lipsius, Esquire
Schindel, Farman & Lipsius, LLP
225 West 34th Street
New York, NY 10122

Invoice No. : 995244 ***
Date : 01/21/2002
**TOTAL DUE** : 605.50

Job No. : 01-119623
Case No. :
Northland Insurance vs. Lincoln Gene

Remit To: **Filius & McLucas Reporting Service, Inc.**
**1427 East Market Street**
**York, PA 17403**

ck# 6041 1/21/02 $605.50

2015.6.1

*Geiger & Loria Reporting Service*
*2408 Park Drive, Suite B*
*Harrisburg, PA 17110*
*Phone #: (717)541-1508 Fax #: (717)541-1509*

Invoice Date
12/04/2002

Invoice No.
8878

Employer I.D.
25-1679685

Terms
Net 30 Days

Past due invoices subject to account service fee computed at the rate of 12% per annum, calculated daily on the outstanding past due balance.

To: LORIENTON PALMER
SCHINDEL FARMER LIPSIUS
225 WEST 34TH STREET

NEW YORK, NEW YORK 10122

Acct # 2,499

RE: NORTHLAND INSURANCE VS LINCOLN GENERAL INSURANCE

Date: 11/21/2002

Case No.:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| ORIGINAL TRANSCRIPT - MICHAEL MCGOVERN | 91 | 2.80 | 254.80 |
| ATTENDANCE | 1 | 50.00 | 50.00 |
| EXHIBITS | 39 | 0.35 | 13.65 |
| SHIPPING | 1 | 15.00 | 15.00 |

ck# 6663

12/9/02

$ 333.45

**Total: 333.45**

---

## *Method of Payment:*

Check enclosed

☐ ☐ ☐ ☐ ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

## *Remittance Portion*

Please return with payment to insure proper credit.
Mail to:

Geiger & Loria Reporting Service
2408 Park Dr., Suite B
Harrisburg, PA 17110

**TOTAL DUE: 333.45**

8 878 KB

To: Lorienton N.A. Palmer, Esquire
Schindel, Farman & Lipsius, LLP
225 West 34th Street
New York, N.Y. 10122

2015.67
LNPalmer

Pay to the order of:

PAUL E. TROUTMAN
Professional Reporter
2nd & W. Norwegian St.
P.O. Box 1383
Pottsville, PA. 17901

Tax No.: 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

November 30, 2002

| Date Rendered | Service | Amount |
|---|---|---|
| October 20, 1999<br>Clemons depo. | IN RE: ROBERT E. KRAPF, et. al.<br>vs.<br>VERNICE L. STATTS, et. al.<br>Schuylkill County<br>Case No. S-650-1996<br>Case No. S-1689-1997 | |
| Copy of Transcript: | | $ 143.40 |
| | TOTAL | $ 143.40 |

6667 12/10/02
$ 143.40

10% charge after 30 days

Vincent Varallo Associates and Foster Court Reporting Service are now

# Draft Invoice

VARALLO INCORPORATED
1835 Market Street - Suite 600
Philadelphia, PA 19103
TEL: 215.561.2220 FAX: 215.561.2221

Job #: 021113CW0
Job Date: 11/13/2002
Order Date: 11/13/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Draft Date: 12/02/2002
Balance: $752.05
Billed By: ROBB

Controlling Format: UQA

Bill To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

Action: NORTHLAND INSURANCE COMPANY
VS
LINCOLN GENERAL INSURANCE
Action #: 1:01-CV-763
Rep: CYNTHIA WHYTE, RPR
Cert: RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | LOUIS E. BRICKLIN, ESQUIRE | One Copy | Pages | 303.00 | $2.35 | $0.00 | $712.05 |
| 2 | | ASCII Disk | Per Disk | 1.00 | $10.00 | $0.00 | $10.00 |
| 3 | | Shipping & Handling - Fed Ex | Per Job | 1.00 | $30.00 | $0.00 | $30.00 |

2015.67

Cod 1293.15

Comments:
Terms: C.O.D.
Transcript will be sent by Federal Express.
Please contact our office when check is ready.

Copy of transcript to be sent directly to the witness for reading and signing.

| | |
|---|---|
| Sub Total | $752.05 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $752.05 |
| Payment | $0.00 |
| Balance Due | $752.05 |

Federal Tax I.D.: 23-174-1572 Terms: Net 30 Days -1.5% Finance Charge Monthly

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

Deliver To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

ck # 664 12/19/02 $1293.15

Draft Invoice

REMIT TO:
VARALLO INCORPORATED
1835 Market Street
Suite 600
Philadelphia, PA 19103

Draft Date: 12/02/2002
Balance: $752.05
Job #: 021113CW0
Job Date: 11/13/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



VARALLO INCORPORATED
1835 Market Street - Suite 600
Philadelphia, PA 19103
TEL: 215.561.2220 FAX: 215.561.2221

Job #: 021114CW0
Job Date: 11/14/2002
Order Date: 11/14/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Draft Invoice

**Draft Date:** 12/02/2002
**Balance:** $541.10
Billed By: ROBB

Controlling Format: UQA

Bill To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

Action: NORTHLAND INSURANCE COMPANY
VS
LINCOLN GENERAL INSURANCE
Action #: 1:01-CV-763
Rep: CYNTHIA WHYTE, RPR
Cert: RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | GAIL CRESELIUS | One Copy | Pages | 226.00 | $2.35 | $0.00 | $531.10 |
| 2 | | ASCII Disk | Per Disk | 1.00 | $10.00 | $0.00 | $10.00 |

2015.67

| | |
|---|---|
| Sub Total | $541.10 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $541.10 |
| Payment | $0.00 |
| **Balance Due** | $541.10 |

Comments:
Terms: C.O.D.
Transcript will be sent by Federal Express.
Please contact our office when check is ready.

Copy of transcript to be sent to Lorienton Palmer, Esquire for signature of witness.

Federal Tax I.D.: 23-174-1572

Terms: Net 30 Days -1.5% Finance Charge Monthly

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

Deliver To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

Draft Invoice

REMIT TO:
VARALLO INCORPORATED
1835 Market Street
Suite 600
Philadelphia, PA 19103

Draft Date: 12/02/2002
Balance: $541.10
Job #: 021114CW0
Job Date: 11/14/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Vincent Varallo Associates and
Foster Court Reporting Service are now

VARALLO
INCORPORATED
1835 Market Street - Suite 600
Philadelphia, PA 19103
TEL: 215.561.2220 FAX: 215.561.2221

**Draft Invoice**

Job #: 021210CW0
Job Date: 12/10/2002
Order Date: 12/10/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Draft Date: 12/24/2002
Balance: $711.50
Billed By: DIANNE

Controlling Format: UQA

Bill To:
LORIENTON N.A. PALMER, ESQ
SCHINDEL, FARMAN & LIPSIUS, LLP
225 WEST 34TH STREET
NEW YORK, NY 10122

Action: NORTHLAND INSURANCE COMPANY
VS
LINCOLN GENERAL INSURANCE
Action #: 1:01-CV-763
Rep: CYNTHIA WHYTE, RPR
Cert: RPR

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | JERRY G. PARKER | One Copy | Pages | 290.00 | $2.35 | $0.00 | $681.50 |
| 2 | JERRY G. PARKER | Shipping & Handling - Fed Ex | Per Job | 1.00 | $30.00 | $0.00 | $30.00 |

ck# 6715 12/26/02 711.50

Comments:
TERMS: COD PLEASE CALL WHEN CHECK IS READY FOR FED EX COD DELIVERY.

TRANSCRIPT TO BE READ AND SIGNED BY WITNESS. EXHIBITS RETAINED BY COUNSEL.

Thank you for your business!

| | |
|---|---|
| Sub Total | $711.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $711.50 |
| Payment | $0.00 |
| **Balance Due** | $711.50 |

Federal Tax I.D.: 23-174-1572

Terms: Net 30 Days -1.5% Finance Charge Monthly

Please KEEP THIS PART for YOUR RECORDS.

*****INVOICE*****

**Sargent's Court Reporting Service, Inc.**
**210 Main Street**
**Johnstown, PA 15901**
**(814) 536-8908**
**Tax I.D. #25-1794603**

INVOICE NUMBER: Z415731-IN

INVOICE DATE: 01/20/03

SHIP VIA:

SCHINDEL FARMER & LIPSIUS
225 WEST 34TH STREET

NEW YORK NY 10122

CUSTOMER NO: SCH0042
ATTORNEY: PALMER

TERMS:
NET UPON RECEIPT

NORTHLAND VS LINCOLN GENERAL

| DESCRIPTION | AMOUNT |
|---|---|
| NORTHLAND INSURANCE CO. VS LINCOLN GENERAL INSURANCE CO. | |
| DEPOSITIONS HELD ON 11/20/02 IN WILLIAMSPORT, PA | |
| COPY-JAY H. MCCORMICK | 300.30 |
| COPY-HAROLD SENCLAIR | 252.00 |
| COPY-JOYCE WILKING | 249.90 |
| DISKETTE | 10.00 |
| POSTAGE & HANDLING | 15.00 |

*****************************************************

ATTN: ATORNEY PALMER
FAX#: (212) 695-6602

TRANSCRIPT TO BE RELEASED UPON RECEIPT OF PAYMENT

PREPAID/OVERNITE............................832.20
OR
* COD/OVERNITE..................................847.20

********************THANK YOU********************

**PLEASE INCLUDE INVOICE NUMBER ON CHECK FOR PROPER CREDIT**

**INVOICE TOTAL:** 827.20

**SARGENT'S ACCEPTS MASTERCARD AND VISA**
**CALL (814) 536-8908 EXT.18 FOR DETAILS**