AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA

## AMENDED JUDGMENT IN A CIVIL CASE

Northland Insurance Company

v.                                CASE NUMBER: 1:CV-01-763

Lincoln General Insurance Company

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order dated July 30, 2004, judgment be and is hereby entered in favor of Plaintiff, Northland Insurance Company and against Defendant, Lincoln General Insurance Company in the amount of $164,420.07.

Date: August 3, 2004                    Mary E. D'Andrea, Clerk of Court

                                        (By) Jill Cardile, Deputy Clerk