# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHLAND INSURANCE COMPANY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:CV-01-0763 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **LINCOLN GENERAL INSURANCE COMPANY,** | : | |
| Defendant | : | |

## ORDER AND JUDGMENT

**AND NOW**, this 6<u>th</u> day of August, 2004, **IT IS ORDERED THAT** the Order, issued July 30, 2004, and Judgement, issued August 3, 2004, is **AMENDED** as follows. Defendant shall pay Plaintiff prejudgment interest from November 1, 2000 to this date at an annual interest rate of six percent on the $75,000 that Plaintiff contributed to settle the underlying claims involving JHM, Woolever, and Statts and the $65,629.59 Plaintiff expended to defend Woolever in the underlying claims.

    S/ Yvette Kane
Yvette Kane
United States District Judge