UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTHLAND INSURANCE COMPANY | : | FILED ELECTRONICALLY |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | No. 1:01-CV-763 |
| | : | |
| LINCOLN GENERAL INSURANCE COMPANY, | : | |
| Defendant | : | (JUDGE KANE) |

**DEFENDANT LINCOLN GENERAL INSURANCE COMPANY'S MOTION FOR REINSTATEMENT OF THE AMENDED JUDGMENT ENTERED ON AUGUST 3, 2004 AND VACATION OF THE ORDER AND JUDGMENT ENTERED ON AUGUST 6, 2004**

AND NOW COMES, Defendant Lincoln General Insurance Company, and moves the Court to reinstate the Amended Judgment of August 3, 2004, and vacate this Court's Order and Judgment of August 6, 2004. The basis for this motion is set forth in the accompanying brief.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By /s/ Jonathan H. Rudd
   Jonathan H. Rudd
   PA. ID. No. 56880
   100 Pine Street
   P.O. Box 1166
   Harrisburg, PA 17108-1166
   (717) 237-5405

Attorneys for Lincoln General Insurance Company

Dated: August 18, 2004

2

<u>CERTIFICATE OF NON-CONCURRENCE</u>

I, Jonathan H. Rudd, hereby certify that I have sought the concurrence of Ira Lipsius, counsel for Northland, in this motion, and Attorney Lipsius does not concur in this motion.

By <u>/s/ Jonathan H. Rudd    </u>
Jonathan H. Rudd

**CERTIFICATE OF SERVICE**

I, Jonathan H. Rudd, Esquire, hereby certify that on this 18th day of August, 2004, a true and correct copy of the foregoing document was served via the Electronic Filing System upon the following:

**Ira S. Lipsius, Esquire**
**Schindel, Farman & Lipsius LLP**
**225 West 34th Street**
**New York, NY 10122**

/s/ Jonathan H. Rudd
Jonathan H. Rudd
PA. ID. No. 56880
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 237-5405