UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE COMPANY         :
    Plaintiff                   :
                                                         :
                                                         :
    v.                          :   No. 1:01-CV-763
                                                         :
LINCOLN GENERAL INSURANCE COMPANY,  :
    Defendant                   :   (JUDGE KANE)

**<u>ORDER</u>**

    AND NOW, this ___ day of _____, 2004, IT IS HEREBY ORDERED THAT the Amended Judgment of August 3, 2004 is reinstated, and this Court's Order and Judgment of August 6, 2004 is vacated.  Defendant shall pay Plaintiff post-judgment interest on the amount of $164,420.07, in accordance with 28 U.S.C. §1961, from August 26, 2003, until the Judgment is paid in full.

                                                                     _____
                                                                     Yvette Kane
                                                                     United States District Judge