

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE COMPANY :
    Plaintiff :
:
:
:
    v. : No. 1:01-CV-763
:
LINCOLN GENERAL INSURANCE COMPANY, :
J.H.M. ENTERPRISES, INC., and :
VERNICE L. STATTS, : **FILED**
    Defendants : **HARRISBURG**
:
LINCOLN GENERAL INSURANCE COMPANY, :
    Third Party Plaintiff : AUG 2 5 2004
:
    v. : MARY E. D'ANDREA, CLERK
: Per_____
WOOLEVER BROTHERS TRANSPORTATION : **DEPUTY CLERK**
INC. :
    Third Party Defendant : (JUDGE KANE)


NOTICE OF APPEAL

    Notice is hereby given that Lincoln General Insurance Company, Defendant in above captioned case, appeals to the United States Court of Appeals for the Third Circuit from the Memorandum and Decision, and Judgment in favor of Plaintiff and against Defendant, entered on the docket in this action on August 26, 2003, the Memorandum and Order entered on July 30, 2004 ordering

the Clerk to amend the Judgment, Amended Judgment in favor of Plaintiff and against Defendant entered on August 3, 2004, and the Order and Judgment entered on August 6, 2004.

        Respectfully submitted,

        McNEES WALLACE & NURICK LLC

        By: _____
        Jonathan H. Rudd
        I.D. No. 56880
        100 Pine Street
        P.O. Box 1166
        Harrisburg, PA 17108
        (717) 232-8000
        Attorneys for Lincoln General
        Insurance Company

Date:  August 25, 2004

## CERTIFICATE OF SERVICE

I, Jonathan H. Rudd, Esquire, hereby certify that on this 25th day of September, 2004, a true and correct copy of the foregoing document was served by first class mail upon the following:

Ira S. Lipsius, Esquire
Schindel, Farman & Lipsius LLP
225 West 34th Street
New York, NY 10122
(Attorney for Plaintiff)

Andrew R. Spiegel, Esquire
3901-A Main Street, 2nd Floor
Philadelphia, PA 19127
(Attorney for Third Party Defendant Woolever)

J.H.M Enterprises, Inc.
1200 Walmont Drive, N.W.
Williamsport, PA 17701
(Defendant)

Vernice Lee Statts
489 East Academy Street
Hughesville, PA 17737-1805
(Defendant)

Honorable Yvette Kane
Federal Building
Harrisburg, PA 17108
(Trial Judge)

Jonathan H. Rudd

```
                                    Wed Aug 25 10:37:02 2004

                                    UNITED STATES DISTRICT COURT
                                    SCRANTON        , PA

                                    Receipt No.  111 141593
                                    Cashier         pamela

                                    Check Number: 132367

                                    DØ Code    Div No
                                    4667         1

                                    Sub Acct Type Tender      Amount
                                    1:086900  N      2        105.00
                                    2:510000  N      2        150.00

                                    Total Amount       $      255.00

                                    MCNEES, WALLACE NURICK, LLP PØB 116
                                 6 HBG, PA  17108

                                    NØA FEE IN 01-CV-763




                                    bn
```