1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE COMPANY,  :
    Plaintiff
                               :
    v.                          CIVIL ACTION NO. 01-CV-763
                               :  (Judge Kane)
LINCOLN GENERAL INSURANCE
COMPANY, J.H.M. ENTERPRISES, :
INC. and VERNICE L. STATTS,
    Defendants          :
----------------
LINCOLN GENERAL INSURANCE  :
COMPANY,
    Third-Party Plaintiff :

    v.                         :

WOOLEVER BROTHERS
TRANSPORTATION, INC.,
    Third-Party Defendant :

**FILED**
HARRISBURG, PA

SEP 17 2004

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

TRANSCRIPT OF PROCEEDINGS
NON-JURY TRIAL
VOLUME 1 - PAGES 1 - 187

Before:  Hon. Yvette Kane, Judge

Date:  January 27, 2003

Place:  Courtroom No. 4
       Federal Building
       Harrisburg, Pa.

COUNSEL PRESENT:

    IRA LIPSIUS, Esquire
        For - Plaintiff Northland Insurance Company

    JONATHAN H. RUDD, Esquire
        For - Defendant Lincoln General Insurance Company

                                   Monica L. Zamiska, RPR
                                   Official Court Reporter