IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE COMPANY, :
    Plaintiff

          v.                           CIVIL ACTION NO. 01-CV-763
                                  : (Judge Kane)
LINCOLN GENERAL INSURANCE
COMPANY, J.H.M. ENTERPRISES, :
INC. and VERNICE L. STATTS,
    Defendants                 :
---------------
LINCOLN GENERAL INSURANCE      :
COMPANY,
    Third-Party Plaintiff :

          v.                  :

WOOLEVER BROTHERS
TRANSPORTATION, INC.,          :
    Third-Party Defendant :

FILED
HARRISBURG, PA
SEP 17 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TRANSCRIPT OF PROCEEDINGS
NON-JURY TRIAL
VOLUME 2 - PAGES 188 - 415

Before:  Hon. Yvette Kane, Judge

Date:    January 28, 2003

Place:   Courtroom No. 4
         Federal Building
         Harrisburg, Pa.

COUNSEL PRESENT:

   IRA LIPSIUS, Esquire
      For - Plaintiff Northland Insurance Company

   JONATHAN H. RUDD, Esquire
      For - Defendant Lincoln General Insurance Company

Monica L. Zamiska, RPR
Official Court Reporter