IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NORTHLAND INSURANCE COMPANY, :
    Plaintiff

    v.   :   CIVIL ACTION NO. 01-CV-763
         :   (Judge Kane)
LINCOLN GENERAL INSURANCE
COMPANY, J.H.M. ENTERPRISES, :
INC. and VERNICE L. STATTS,
    Defendants   :
----------------
LINCOLN GENERAL INSURANCE   :
COMPANY,
    Third-Party Plaintiff :

    v.   :

WOOLEVER BROTHERS
TRANSPORTATION, INC.,   :
    Third-Party Defendant :

FILED
HARRISBURG, PA
SEP 17 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

TRANSCRIPT OF PROCEEDINGS
NON-JURY TRIAL
VOLUME 3 - PAGES 416 - 602

Before:  Hon. Yvette Kane, Judge

Date:  January 29, 2003

Place:  Courtroom No. 4
       Federal Building
       Harrisburg, Pa.

COUNSEL PRESENT:

   IRA LIPSIUS, Esquire
      For - Plaintiff Northland Insurance Company

   JONATHAN H. RUDD, Esquire
      For - Defendant Lincoln General Insurance Company

                        Monica L. Zamiska, RPR
                        Official Court Reporter