# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NORTHLAND INSURANCE COMPANY,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 1:CV-01-0763** |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **LINCOLN GENERAL INSURANCE COMPANY,** | : | |
| Defendant | : | |

## ORDER

And now, this 11th day of April 2005, following careful consideration of Defendant Lincoln General Insurance Company's Motion for Reinstatement of the Amended Judgment Entered on August 3, 2004 and Vacation of the Order and Judgment Entered August 6, 2004 (Doc. No. 81), and all briefs in support and opposition thereto, **IT IS HEREBY ORDERED THAT** the Motion is **DENIED.**

                                        S/ Yvette Kane
                                    Yvette Kane
                                    United States District Judge