UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-3472

NORTHLAND INSURANCE COMPANY
v.

LINCOLN GENERAL INSURANCE COMPANY;
J.H.M. ENTERPRISES, INC.; VERNICE L. STATTS;
SHERILL J. MULLIGAN; DENIS A. MULLIGAN;
ROBERT E. KRAPF; UTE L. HETLAND CLARK, as Administrators
of the Estate of Karin Clifford;
PATRICIA R. CLIFFORD, Administrator of the
Estate of Robert R. Clifford

WOOLEVER BROTHERS TRANSPORTATION, INC.,

*3rd Party Defendant*

Lincoln General Insurance Company,

*Appellant*

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 01-cv-0763)
District Judge: Honorable Yvette Kane

Argued October 20, 2005

Before: SCIRICA, Chief Judge, VAN ANTWERPEN and ALDISERT, Circuit Judges.

(Filed October 27, 2005 )

JUDGMENT

This cause came to be heard on the record from the United States District Court for the

Middle District of Pennsylvania on October 20, 2005.  On consideration whereof, it is now

hereby

ORDERED and ADJUDGED by this Court that the order and judgment of the District

Court dated August 26, 2003 as amended August 3, 2004 and August 6, 2004 is AFFIRMED.

Costs taxed against Appellant.  All in above in accordance with the opinion of this Court.


Attest:

*Marcia M. Waldron*

Clerk

DATE: October 27, 2005

Certified as a true copy and issued in lieu
of formal mandate on *Marcia M. Waldron* 11/18/05

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit