IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTHLAND INSURANCE COMPANY** | : <br> : <br> : <br> : |
| Plaintiff | : CIVIL NO. 1:01-CV-763 <br> : (CHIEF JUDGE KANE) |
| v. | : <br> : |
| **LINCOLN GENERAL INSURANCE COMPANY** | : <br> : <br> : |
| Defendant | : |

## NOTICE DATED NOVEMBER 24, 2006

A bill of costs requiring action from this office is pending for a considerable amount of time. Admittedly, only part of the delay is attributable to post trial motions and appeals.

Nevertheless, the record lacks sufficient supporting documentation to make an informed judgment on the matter. Therefore, the prevailing party will be permitted no more than twenty days (20) in which to file additional evidence which demonstrates that the costs claimed may be taxed under the applicable standards. A decision will be entered forthwith upon the expiration of this deadline.

                                                    s/Mary D'Andrea
                                                    MARY E. D'ANDREA, Clerk