UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY, | Civil Action No.: 1:01-CV-763 |
| Plaintiff, | (Hon. Yvettee Kane, USDJ) |
| v. | |
| LINCOLN GENERAL INSURANCE COMPANY, | **AFFIDAVIT** |
| Defendant | |

I, Ira S. Lipsius, affirm, under penalty of perjury, as follows:

1.  I am a member of the firm of Schindel, Farman, Lipsius, Gardner & Rabinovich, LLP ("SFL"), formerly Schindel, Farman & Lipsius LLP, counsel to plaintiff Northland Insurance Company ("Northland") in connection with this action and as such am familiar with this action.

2.  By order of this Court dated, October 19, 2001, I am admitted to practice in the Federal District Court, Middle District of Pennsylvania in connection with this matter.

3.  I submit this attorney's affirmation in support of Northland's submission of additional evidence in support of its Bill of Costs pursuant to this Court's Notice dated November 24, 2006.

4.  Northland filed a Bill of Costs on September 25, 2003 which appears as Document Number 70 on the docket for the captioned action.

5.  On September 25, 2003, my affidavit with attached Exhibit "A" in support of the Bill of Costs was filed by Northland Insurance Company and appears as Document No. 71 on the docket for the captioned action.

6. On October 15, 2003, Northland, filed its response to Lincoln General's objection to Northland Insurance Company's Bill of Costs along with Exhibit A containing copies of invoices that were submitted by the several court reporting services. Northland's Response with attached Exhibits appears as Document Number 75 on the docket for the captioned action.

7. As a supplement to paragraph 14 of my affidavit filed on September 25, 2003, attached hereto as **Exhibit A** is a copy of the document supporting the travel expenses incurred by Gail Crescelius to attend the deposition and the trial in the captioned action. The documentation in support of the travel expenses of Gail Crescelius in attending the deposition, exclusive of attendance fee, totaled $1,252.13. The documentation in support of the travel expenses of Gail Crescelius in attending the trial, exclusive of attendance fee, totaled $1,365.73.

Dated: New York, New York
       December 12, 2006

_____
IRA S. LIPSIUS

## TRAVEL EXPENSE ACCOUNT

TravelersInsurance — AmemberofcitigroupJ

No. 104108

| HAVE YOU USED: | YES | NO |
|---|---|---|
| 1) CORPORATE AGENCY | ✓ | |
| 2) CORPORATE CARD | ✓ | |
| 3) TIC PREFERRED HOTELS | ✓ | |

PAGE 1

| Employee SSN# or NA | TOT. EXPENSE AMT. | TRIP DATE (mm/dd/yy) | NO. OF DAYS | AUTHORIZED APPROVER I.D. NUMBER AND SIGNATURE |
|---|---|---|---|---|
| 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 | | 01/27/03 | 3 | 3315E |

| RESPONSIBILITY CODE | LOCATION CODE | TRIP CLASS (CHECK ONE) | | |
|---|---|---|---|---|
| 367-02-523 | 0144 | ☒ REGULAR TRAVEL | ☐ TRAINING | ☐ CONFERENCE (TIC SPONSORED) |

| OFFICE NAME | DATE | TITLE | NAME | DEPT. | EMPLOYEE SIGNATURE |
|---|---|---|---|---|---|
| Northland Insurance - St. Paul, MN | 01/30/03 | Sr. Claims Superv | Gail Crecelius | Transp. Claims | Gail Crecelius |

C=CORPORATE BUSINESS CARD    P=PERSONAL (ie. CASH, CHECK, PERSONAL CREDIT CARD)

### ENTERTAINMENT

| DATE mm/dd/yy | NAME AND ADDRESS OF ENTERTAINMENT ESTABLISHMENT | NAME AND BUSINESS RELATIONSHIP OF INDIVIDUALS OR GROUP ENTERTAINED | TYPE OF ENTERTAINMENT | AMOUNT ATTRIBUTED TO EACH ITEM | C/P | BUSINESS PURPOSE |
|---|---|---|---|---|---|---|
| | | | | | | |

TOTAL ENTERT.

* PLEASE NOTE: Exclude Airpass Tickets

### EXPENSES

| DATE mm/dd/yy | FROM-TO | # Tickets | RAILROAD BUS/PLANE | C/P | AUTO M. | # hrs | LODGING AMT. | C/P | MEALS NO. | AMT. | C/P | # DAYS | AUTO RENTAL | C/P | SUNDRY AMT. | EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/03 | Mpls-Baltimore | 1 | 1028.00 | C | | 1 | 151.51 | C | 0 | 0.00 | P | | | | 0.00 | |
| 01/27/03 | Trans. Fee for ticket | 1 | 20.25 | C | | | | | | | | | | | 0.00 | |
| 01/28/03 | | | | | | 1 | 135.52 | C | 1 | 2.00 | P | | | | | |
| 01/29/03 | Baltimore-Mpls | | | | | | | | | | | | | P | 17.00 | taxi |
| 01/29/03 | | | | | | | | | | | | | | C | 11.45 | gas for rental |

FEB 2003 RECEIVED TRAVEL

### TOTAL AMOUNTS

| ENTERT. (E) | CO. CAR (C) | TRANS (T) TICK | AMT. | PERSONAL CAR (P) MILES | EXPENSE @ .30 | LODGING (L) NO. | AMT. | MEALS (M) NO. | AMT. | AUTO (A) NO. | AMT. | SUNDRY (S) | TOTAL EXPENSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| BUSINESS PURPOSE OF TRIP | POLICY # TF209197 | ADVANCE - AIRFARE/LODGING (NO ATM ADVANCES) | |
|---|---|---|---|
| Trial testimony | | * DUE CORPORATE BUSINESS CARD | |
| | D.O.A. NUMBER | * DUE EMPLOYEE | |
| VENDOR # | | * DUE COMPANY | |
| PAYEE NAME | | EXTRA PAID TO CORP BUSINESS CARD | |
| ADDRESS | | DUE OTHER | |
| CITY, STATE, ZIP | | | |

NOTE: Outstanding advances will be deducted from Total Expense Amount, adjusting net payment amount due Corporate Business Card or due employee. Original receipts (as outlined in the Corporate Travel Policy M-15007) must be attached. **NOTE: Exclude Airpass Tickets

## EXHIBIT A

OCT 20 2003 16:11 FR TRAVELERS CORP FIN 960 954 8980 TO 924651 6094173 P.03/04
Case 1:01-cv-00768-YK Document 93 Filed 12/12/2006 Page 4 of 5

## Travelers Insurance
### TRAVEL EXPENSE ACCOUNT

PAGE 1

| HAVE YOU USED: | YES | NO |
|---|---|---|
| 1) CORPORATE AGENCY | ☑ | ☐ |
| 2) CORPORATE CARD | ☑ | ☐ |
| 3) TIC PREFERRED HOTELS | ☑ | ☐ |

Employee SSN# or NA: 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
TOT. EXPENSE AMT:
TRIP DATE (mm/dd/yy): 11/13/02
NO. OF DAYS: 2
AUTHORIZED APPROVER I.D. NUMBER & SIGNATURE:

RESPONSIBILITY CODE: 38702523
LOCATION CODE: 0144
TRIP CLASS (CHECK ONE): ☑ REGULAR TRAVEL ☐ TRAINING ☐ CONFERENCE/TIC SPONSORED

OFFICE NAME: St. Paul
DATE: 12/03/02
TITLE: Claims Supervisor
NAME: Gail E. Crecelius
DEPT: Transportation
EMPLOYEE SIGNATURE: Gail Crecelius

C=CORPORATE BUSINESS CARD  P=PERSONAL (ie. CASH, CHECK, PERSONAL CREDIT CARD)

### ENTERTAINMENT

| DATE mm/dd/yy | NAME AND ADDRESS OF ENTERTAINMENT ESTABLISHMENT | NAME AND BUSINESS RELATIONSHIP OF INDIVIDUALS OR GROUP ENTERTAINED | TYPE OF ENTERTAINMENT | AMOUNT ATTRIBUTED TO EACH ITEM | C/P | BUSINESS PURPOSE |
|---|---|---|---|---|---|---|
| | | | | | | |

TOTAL ENTERT.

* PLEASE NOTE: Exclude Airpass Tickets

### EXPENSES

| DATE mm/dd/yy | FROM-TO | # Tickets | RAILROAD, BUS, PLANE | C/P | AUTO MI. | LODGING Nts | AMT | C/P | MEALS NO. | AMT | C/P | # DAYS | AUTO RENTAL | C/P | AMT | SUNDRY EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/22/02 | Philadelphia to St. Pa Trans fee for ticket change of flight on 11/14/2002 | 1 | 25.25 | C | | | | | | | | | | | | |

### TOTAL AMOUNTS

| ENTERT. (E) | CO. CAR (C) | TRANS (T) TICK / AMT | PERSONAL CAR (P) MILES / EXPENSE | LODGING (L) NO. / AMT | MEALS (M) NO. / AMT | AUTO (A) NO. / AMT | SUNDRY (S) | TOTAL EXPENSES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

BUSINESS PURPOSE OF TRIP: Returning from deposition-had to reschedule flight

POLICY #: TF209197-2

- ADVANCE - AIRFARE/LODGING (NO ATM ADVANCES)
- DUE CORPORATE BUSINESS CARD
- DUE EMPLOYEE
- DUE COMPANY
- EXTRA PAID TO CORP BUSINESS CARD

NOTE: Outstanding advances will be deducted from Total Expense Amount, adjusting net payment amounts due Corporate Business Card or due employee. Original receipts (as outlined in the Corporate Travel Policy 16-165007) must be attached. **NOTE: Exclude Airpass Tickets

PAYEE NAME:
ADDRESS:
CITY, STATE, ZIP:

DUE OTHER

DEC 11 2002

**Travelers Insurance** A member of citigroup

**TRAVEL EXPENSE ACCOUNT**    PAGE 1

D.O.A. NUMBER: 094725

| HAVE YOU USED: | YES | NO |
|---|---|---|
| 1) CORPORATE AGENCY | ✓ | |
| 2) CORPORATE CARD | ✓ | |
| 3) TIC PREFERRED HOTELS | | |

| Employee SSN# or NA | TOT. EXPENSE AMT. | TRIP DATE (mm/dd/yy) | NO. OF DAYS | AUTHORIZED APPROVER I.D. NUMBER & SIGNATURE |
|---|---|---|---|---|
| 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 | | 11/13/02 | 2 | 3313E |

| RESPONSIBILITY CODE | LOCATION CODE | TRIP CLASS (CHECK ONE) |
|---|---|---|
| 38702523 | 0144 | ✓ REGULAR TRAVEL ☐ TRAINING ☐ CONFERENCE (TIC SPONSORED) |

| OFFICE NAME | DATE | TITLE | NAME | DEPT. | EMPLOYEE SIGNATURE |
|---|---|---|---|---|---|
| St. Paul | 11/15/02 | Claims Supervisor | Gail E. Crecelius | Transportation C | Gail Crecelius |

C=CORPORATE BUSINESS CARD  P=PERSONAL (ie. CASH, CHECK, PERSONAL CREDIT CARD)

**ENTERTAINMENT**

| DATE mm/dd/yy | NAME AND ADDRESS OF ENTERTAINMENT ESTABLISHMENT | NAME AND BUSINESS RELATIONSHIP OF INDIVIDUALS OR GROUP ENTERTAINED | TYPE OF ENTERTAINMENT | AMOUNT ATTRIBUTED TO EACH ITEM | C/P | BUSINESS PURPOSE |
|---|---|---|---|---|---|---|
| | | | | | | |

TOTAL ENTERT.

* PLEASE NOTE: Exclude Airpass Tickets

**EXPENSES**

| DATE mm/dd/yy | FROM-TO | # Tickets | RAILROAD BUS, PLANE | C/P | AUTO MI. | LODGING #ms | AMT | C/P | MEALS NO. | AMT | C/P | # DAYS | AUTO RENTAL | C/P | SUNDRY AMT | EXPLAINATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/02 | St. Paul to Philadelph | 1 | 948.00 | C | | 1 | 169.88 | C | 1 | 17.22 | C | | | | 25.00 | taxi to hotel |
| 11/13/02 | Trans fee for ticket | 1 | 20.25 | C | | | | | 1 | 12.16 | C | | | | 5.50 | train to airport |
| 11/14/02 | Philadelphia to St. Pa | | | | | | | | 1 | 8.69 | P | | | | 20.00 | parking |
| 11/14/02 | | | | | | | | | | | | | | | | |

**TOTAL AMOUNTS**

| ENTERT. (E) | CO. CAR (C) | TRANS (T) TICK AMT | PERSONAL CAR (P) MILES EXPENSE @ .30 | LODGING (L) NO. AMT | MEALS (M) NO. AMT | AUTO (A) NO. AMT | SUNDRY (S) | TOTAL EXPENSES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

BUSINESS PURPOSE OF TRIP: Going to Philadelphia for my deposition on claim

POLICY # TF209197-2

ADVANCE - AIRFARE / LODGING (NO ATM ADVANCES)
- DUE CORPORATE BUSINESS CARD
- DUE EMPLOYEE
- DUE COMPANY
- EXTRA PAID TO CORP BUSINESS CARD

CARD BUSINESS / THIRD PARTY PAYMENTS

| VENDOR: | | |
|---|---|---|
| PAYEE NAME | | |
| ADDRESS | | DUE OTHER |
| CITY, STATE, ZIP | | |