UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY, | Civil Action No.: 1:01-CV-763 |
| Plaintiff, | (Hon. Yvettee Kane, USDJ)\ |
| v. | |
| LINCOLN GENERAL INSURANCE COMPANY, | NOTICE |
| Defendant | |

**PLEASE TAKE NOTICE** that effective December 1, 2006, the firm of Schindel, Farman & Lipsius LLP will be titled Schindel, Farman, Lipsius, Gardner & Rabinovich LLP.

Dated: New York, New York
December 12, 2006

Respectfully submitted

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP
Attorneys for Plaintiff
Northland Insurance Company

By: _____

Ira S. Lipsius
14 Penn Plaza, Suite 500
New York, NY 10122
(212) 563-1700