UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY, | Civil Action No.: 1:01-CV-763 |
| Plaintiff, | (Hon. Yvettee Kane, USDJ)\ |
| v. | |
| LINCOLN GENERAL INSURANCE COMPANY, | **ADDITONAL EVIDENCE TO BILL OF COSTS** |
| Defendant | |

Plaintiff, Northland Insurance Company ("Northland), hereby submits additional evidence and supporting documents to supplement the pending Bill of Costs.

**Documents Previously Submitted to Support Bill of Costs**

Northland Insurance Company filed a Bill of Costs on September 25, 2003 which appears as Document Number 70 on the docket for the captioned case (Lipsius affidavit ¶ 4). The affidavit of Ira S. Lipsius with Exhibit "A" in support of the Bill of Costs was filed by Northland Insurance Company on September 25, 2003 and appears as Document No 71 on the docket for he captioned case (Lipsius affidavit ¶ 5).

On October 15, 2003, Northland, filed their response to Lincoln General's objection to Northland Insurance Company's Bill of Costs along with Exhibit A containing copies of invoices that were submitted by the several court reporting services. Northland's Response and attached Exhibits appear as Document Number 75 on the docket for the captioned case (Lipsius Affidavit ¶ 6).

**Additional Evidence to Support Bill of Costs**

As a supplement to documents previously submitted, Northland submits copies of documents to support Gail Crescelius' travel expenses incurred to attend the deposition, totaling $1,252.13, exclusive of attendance fee. Further, Northland submits copies of documents to support Gail Crescelius' travel expenses incurred to attend the trial, totaling $1,365.73, exclusive of attendance fee (Lipsius Affidavit ¶7 and Exhibit "A" attached thereto).

**WHEREFORE** Northland requests that upon the Bill of Costs and all the supporting documents and filings, Northland's Bill of Costs be granted in its entirety.

Dated: New York, New York
       December 12, 2006

                                Respectfully submitted

                                SCHINDEL, FARMAN, LIPSIUS,
                                GARDNER & RABINOVICH, LLP
                                Attorneys for Plaintiff
                                Northland Insurance Company

By:

Ira S. Lipsius
14 Penn Plaza, Suite 500
New York, NY 10122
(212) 563-1700

## Certificate of Service

I, Ira S. Lipsius, Esq., hereby certify that service of the foregoing Additional Evidence to Bill of Cost and Affidavit has on this date been served via the Electronic Filing system upon the following:

>Jonathan H Rudd
>McNees Wallace & Nurick LLC
>100 Pine Street
>P.O. Box 1166
>Harrisburg, PA 17108-1166

Dated: December 12, 2006

_____
Ira S. Lipsius