IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTHLAND INSURANCE CO.** | : |
| | : |
| Plaintiff | : CIVIL ACTION 1: 01-CV-763 |
| | : (Chief Judge Kane) |
| v. | : |
| | : |
| **LINCOLN GENERAL INSURANCE** | : |
| **CO., ET AL** | : |
| | : |
| Defendants | : |

## JUDGMENT

Pursuant to the court's judgment entered August 26, 2003 as amended August 6, 2004, costs are taxed in favor of the plaintiff Northland Insurance Company and against defendant Lincoln General Insurance Company in the amount of $5,945.20.

ATTEST:

**s/Mary D'Andrea**
MARY E. D'ANDREA, Clerk

DATE: January 18, 2007