## IN THE UNITED STATES DISTRICT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORTHLAND INSURANCE CO. | : | |
|     Plaintiff | : | CIVIL ACTION 1:  01-CV-763 |
| | : | (Chief Judge Kane) |
| v. | : | |
| | : | |
| LINCOLN GENERAL INSURANCE CO., | : | **ELECTRONICALLY FILED** |
| *et al.* | : | |
|     Defendants | : | |

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of David I. Rosenbaum, Esquire as counsel for Plaintiff, Northland Insurance Co., in the above-captioned matter.

    Respectfully submitted,

    RAWLE & HENDERSON LLP

    /s/David I. Rosenbuam, Esquire
    David I. Rosenbaum, Esquire
    Attorney ID No. 52859
    Attorney for Plaintiff,
    Northland Insurance Co.
    The Widener Building
    One South Penn Square
    Philadelphia, PA  19107
    (215) 575-4200

Date:  January 25, 2007

2005496-1