UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORTHLAND INSURANCE COMPANY<br>    Plaintiff, | : <br> : Civil Action No.: 1:01-CV-763 <br> : (Chief Judge Kane) <br> : |
| v. | : <br> : |
| LINCOLN GENERAL INSURANCE COMPANY,<br>*et al.*<br>    Defendants | : **ELECTRONICALLY FILED** <br> : <br> : |

## NOTICE OF SATISFACTION OF JUDGMENTS

Plaintiff Northland Insurance Company hereby provides notice that Defendant Lincoln General Insurance Company has satisfied all Judgments entered in this action, including the Judgment entered on August 26, 2003 as amended on August 6, 2004, and the Judgment for costs entered on January 18, 2007.

                                              Respectfully Submitted:

                                              SCHINDEL, FARMAN, LIPSIUS,
                                              GARNER & RABINOVICH, LLP

                                              By_____
                                              Ira S. Lipsius
                                              14 Penn Plaza, Suite 500
                                              New York, NY 10122
                                              (212) 563-1700

Dated:  May 21, 2007